

MAY 18 2023

Clerk, U.S. District Court
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Gary Sipple<br>Annette Jeter - Sipple,<br>Woman / Man; Plaintiff,<br>v.<br>Michael Zevitz,<br>William H, Meyer,<br>Shari Ashner,<br>Teresa L Watson,<br>Mary Christopher,<br>Cyndi Beck<br><br>Defendants. | No. 23-4038-HTT-RES<br><br>Claim of Damages for the trespass<br><br>Administering Property without Right<br><br>Trespass pursuant to 42 U.S.C. 1983<br><br>Administrative Procedures Act 1946<br><br>5 U.S.C. 551 et seq:<br><br>Privacy Act 1974  5 U.S.C. 552<br><br>Bill of Rights Article(s) The First and Fifth<br><br>VERIFIED COMPLAINT<br><br>TRIAL BY JURY DEMANDED |

## 42 U.S.C. 1983 COMPLAINT

Comes now Gary Sipple, Annette Jeter - Sipple Plaintiffs herein Sipples sues Michael Zevitz, William H Meyer, Shari Ashner, Teresa L, Watson, Mary Christopher, Cyndi Beck,, herein Defendants for violation of [rights] under color of law fifty million 00/100 United States dollars (50,000,000.00) in damages and, states in support:

### JURISDICTIONAL ALLEGATIONS

1. This case is in law / equity, arising under this Constitution and the laws of the United States of America. Article the Fourth and Fifth of the Bill of Rights.

2. At all times relevant Defendants are citizens of the United States.

3. Plaintiffs are suing for protection of federally guaranteed civil rights.

4. The federal court has jurisdiction based on the amount of controversy, diversity of jurisdiction and federal question which include allegation of violations of federal law and interference

### Parties

5. Plaintiffs is a man / woman with no minimum contacts no substantial nexus with the state of Kansas or its agents.

6. Defendant Teresa L Watson a woman: acting judge for KANSAS.

7. Defendant Mary Christopher a woman: acting judge for KANSAS.

8. Defendant Michael Zevitz a man: acting judge for KANSAS.

9. Defendant William H, Meyer a man: attorney for KANSAS.

10. Defendant Shari Ashner a woman: attorney for KANSAS.

11. Defendant Cyndi Beck a woman: court clerk for KANSAS.

### GENERAL FACTUAL ALLEGATIONS

12. At all times relevant Plaintiff is in lawful pursuit of happiness.

13. At all times relevant there is [not] a contract or agreement between the parties.

14. At all times relevant there is no legal or lawful relationship between Plaintiffs and Defendants.

15. At all times relevant Plaintiffs are peaceably exercising Plaintiffs God given, Constitutionally protected rights to own, use, protect and dispose of private trust property. (herein Private Trust Property).

16. There is no record with any Federal or State or Subdivision thereof that Subject Property is "in or within the state" of Kansas according to the statutory definition of the term is defined at Kan. Stat § 84-1-201 (38) "State" means a state of the United States, the District of Columbia.

17. On May 6, 2022 per exhibit B, there was a document placed on Private Trust Property door without permission and notices on Private Trust Property of no trespassing direct violation of Plaintiffs Privacy Act Rights 5 U.S.C. 552a, Conspiracy to commit 18 U.S.C. 241, 242

18. Although instrument purports to be a process it is being used [ to perfect a forged title and theft by deception of Private Trust Property].

19. The elements of a lawfully sufficient instrument are deficient [ lack of signatures of the Court or Defendant, which makes it unenforceable.

## COUNT ONE: [Trespassing]

20. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations. The elements of Trespass are the Plaintiffs ownership or control of the property.

21. On [May. 6, 2022], Process Server Brian Doles admits to violating and trespassing on Plaintiffs Private Trust Property which is an admission of Defendants intentional, reckless, or negligent entry onto the property, lack of permission. Further establishing Defendants lack of consent.

22. The casual agent of trespass is Deprivation of Rights under color of law by **Administering property without right**, as well as **Administering a Trust without right**, see exhibit "C"

23. The Defendants conduct was a substantial factor in causing Plaintiffs emotional and mental breakdowns. Defendandants illegally use the. [Dispossessory Action] process which allows for proper service by [posting on the subject property / mailing / email]

24. Defendants used this process with the ulterior motive of [perfecting their forged title under the guise of a legal / lawful document]

Puerto Rico, the United States Virgin Islands, or any territory or insular possession subject to the jurisdiction of the United States.

25. Defendants trespass did inflict intentional infliction of emotional distress, interference with the exercise of religion, opportunity loss and costs of having to defend their claim.. Exhibit D.

WHEREFORE, Plaintiffs moves this Honorable Court to enter an Order for money damages against the Defendants as the Court may deem reasonable and just under the circumstances.

### COUNT TWO: [Invasion of Privacy] (Against all defendant(s))

26. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations. Invasion of Privacy; trespass or intrude upon a persons solitude.

27. Defendants On March 28, 2022, filed a motion to deprive Claimants of said Private Trust Property, and sent a process server to invade on Claimants privacy without consent.

28. Any person, firm, or corporation that trespasses or intrudes upon any natural person in his or her place of solitude or seclusion, if the intrusion would be highly offensive to a reasonable person shall be liable for invasion of privacy. Respondents violated this upon no consent to sue March 28, 2022.

29. Defendants trespassing onto real property, without more, is not the form or magnitude of interference into a persons solitude or seclusion that would rise to the level of being highly offensive to a reasonable person, such as might be actionable under this section. As per exhibit E, Plaintiffs don't even receive mail at Plaintiffs private trust property, and gives directives on how to communicate with Plaintiffs further causing harm, and damages, financially, emotionally, and psychological.

30. Plaintiffs sent out many certified letters to ALL Respondents to which no response was attempted which puts them all in default.

WHEREFORE Gary Sipple, Annette - Jeter Sipple (Plaintiffs) moves this Honorable Court to enter an Order for [money damages] as the Court may deem reasonable and just under the circumstances.

**COUNT THREE: [Forgery]** (Against all. defendants)

31. Plaintiff realleges and restates the foregoing jurisdictional allegations and general factual allegations.

32. Defendants used a false instrument purported to be a [Dispossessory Affidavit].

33. Such an instrument is typically used by a lawful owner of property to invoke the legal powers of a court of competent jurisdiction.

34. The instrument is a nullity because it is not for the intent of what it alleges to be.

35. Defendants intend to use this INSTRUMENT to defraud Plaintiffs.

Wherefore Plaintiffs move this court to enter an order for money damages against Defendants jointly and severally together with such other relief as the court may deem equitable and just under the circumstances.

**Count Four: Identity Theft** ( Against all defendants)

36. Plaintiffs realleges and restates the foregoing jurisdictional and general factual allegations.

37. Defendants knowingly uses Plaintiffs name [and mailing address] claiming to act on behalf of [another].

38. Defendant does these acts for the purpose of [self enrichment].

Wherefore Plaintiffs move this court to enter an order for money damages against Defendants jointly and severally together with such other relief as the court may deem equitable and just under the circumstances.

**Count Five: Receiving Stolen Property** (Against all Defendants)

39. Plaintiffs realleges and restates the foregoing jurisdictional and general factual allegations.

40. Defendants received an alleged right / title access to the subject property.

41. Defendants know it was stolen because [they didn't receive keys to the property from who they allegedly purchased it from.

42. Defendants sent a [notice / email / summons] stating they intend to further deprive Plaintiffs of the subject property.

Wherefore Plaintiffs move this court to enter an order for money damages against Defendants jointly and severally together with such other relief as the court may deem equitable and just under the circumstances.

**Count Six: Intentional Interference** (Against all defendants)

43. Plaintiffs realleges and restates the foregoing jurisdictional and general factual allegations.

44. Prior to Defendants acts complained of, Plaintiffs was lawfully and peaceably enjoying the subject property.

45. Defendants had knowledge of the contract due to the public record.

46. Defendants intentionally used their public positions to interfere with Plaintiffs peaceable enjoyment of the subject property without lawful jurisdiction.

47. Plaintiffs are injured by emotional, psychological and financial stress.

Wherefore Plaintiffs move this court to enter an order for money damages against Defendants jointly and severally together with such other relief as the court may deem equitable and just under the circumstances.

**Causes of Action**

1. **Trespass** Trespass [to land] involves the "wrongful interference with one's possessory rights in [real] property." It is not necessary to prove that harm was suffered to bring a claim. The main element of the tort is "interference". To survive a claim of trespass the wrongdoer must show proof of lawful rights by way of licensing, valid contract, receipt, superior possessory rights or lawful necessity.

   **Proofs and Elements of Trespass:**

   A. Defendants interfered with plaintiffs possessory rights by refusing to remove Claimants private trust property from the public record.

   B. This trespass causes annoyance, mental and emotional stress, and anxiety because public agents use the false record to administer Claimants private trust property for public use without just compensation.

   C. This trespass damages my right to enjoyment of my property.

2. **Invasion of Privacy:**

   A. Defendants evidentiary evidence constitutes a forgery a fraudulent intent; an instrument apparently capable of effecting a fraud; a false making of some instrument. Forgery there appears to be a copy on the record where no original exists in reality. All Defendants are complicit. Subpoena duces tecum.

   B. In an action for invasion of privacy, the damages that a plaintiff may recover are (1) general damages for the harm to the Plaintiffs interest

Defendants claim to have a right to my property based on the presumption that it was within their public jurisdiction. However Respondents are unwilling or unable to prove this presumption. Without a valid contract the Respondents have no rights to remove material off or on my private trust property.

Interfere with my lawful possessory rights to enjoy my private trust property which is trespass by way of Deprivation of Rights

. **Proofs and Elements of Invasion of Privacy:**

    A. Intrusion on a persons seclusion or solitude,

    B. Public disclosure of embarrassing private facts about a person,

    C. Publicity that places a person in a false light in the public eye,

    D. Appropriation, for the defendants advantage, of the persons name or likeness

    E. This invasion causes annoyances anxiety, and mental and emotional damages under color of law these Defendants violated Plaintiffs rights to life, liberty and the pursuit of happiness. Causing emotional distress, and health issues.

3. **Forgery:** forgery is the making or alteration of a writing in order to give that writing qualities or value which it did not originally possess

.**Proofs and Elements of Forgery:**

    A. A person must make, alter, use, or possess a false document,

    B. The writing must have legal significance ...

    C. The writing must be false ...

    D. Intent to defraud

    E. Defendants used an altered document to defraud Plaintiffs, knowingly, willingly, and with intent to harm Plaintiffs enjoyment of subject property. Causing emotional breakdown, undue stress, hypertension, and overall health deterioration.

4. .**Indentity Theft:**

Negligence, Invasion of privacy, Breach of fiduciary duty, and Breach of contract. Obtaining acquisition, use, and discovery. The fraudulent acquisition and use of a persons identifying information, usually for financial gain

**Proofs and Elements of Identity Theft:**

   A. Defendants have used Plaintiffs identities for property rights, and financial gain...

   B. Knowingly transfered or used another persons identity,

   C. Did not have lawful authority to use the other persons identity,

   D. Intended to commit, aid or abet unlawful activity through the use of another persons identity.

   E. Defendants knowingly, willingly, and intentionally used Plaintiffs Identity even when Plaintiffs questioned their authority to do so Belligerently and without conscious. Cause mental anguish, feelings of hopelessness, and despair.

5. **Receiving Stolen Property:**

   A. Defendants possessed documents and titles that Plaintiffs did not give consent to possess.

   B. A crime that a person or persons are guilty of when the person receives stolen property that is known to be stolen and the person has the intent to permanently deprive the owner of the property.

**Proofs and Elements of Receiving Stolen Property:**

   A. The Defendant **must** receive, conceal, or **retain;**

   B. Knowing that the property has been embezzled, stolen, purloined or converted;

   C. And with the intent to convert that property to his own use or gain.

   D. Defendants received Plaintiffs private property without Plaintiffs consent in order to take it from Plaintiffs to deprive Plaintiffs.

E. Per admission Defendants acknowledged the theft of Plaintiffs private property. Causing anger, frustration, headaches, and unstable mood shifts.

## 6. Intentional Interference:

A. Tortious interference, also known as intentional interference with contractual relations, in the common law of torts, occurs when one person intentionally damages someone else's contractual or business relationships with a third party, causing economic harm.

**Proofs and Elements of Intentional Interference:**

A. Defendants intentionally interfered with Plaintiffs intellectual property based on a forged document they stole or conspired with someone else to defraud Plaintiffs.

B. Plaintiffs were injured by the Defendants actions. United Truck Leasing Corp. v. Geltman, 406 Mass. 811, 812, 551 N.E. 2d 20 n. 6. (Mass. 1990).

.WHEREFORE Plaintiffs moves this Honorable Court to enter an Order for [monetary damages] as the Court may deem reasonable and just under the circumstances.

These words are true and faithful [Revelation 21:5]

_Annette Jeter Sipple_ (Beneficiary)
_Gary Sipple_ Beneficiary
By: Annette Jeter - Sipple, Plaintiff

By: Gary Sipple, Plaintiff

[Verification]

Witnesses of what one swore and signed to be true OR public notary jurat

*Annette Jeter Sipplebeenbee*
*Gary Sipple* Beneficiary

By: Annette Jeter - Sipple, Gary Sipple, Plaintiff

[Verification]

Witnesses of what one swore and signed to be true OR public notary jurat



**Certificate of service:**

I [name] certify that a copy of this [claim/suit] has been sent to the following parties via email, facsimile, first class mail or certified/registered mail:

The *Sipple Court* presents Notice of court rules:

## VERIFICATIONS

**Firstly:** i, a woman / man, declare and require all documents including recommendations and orders being placed into the case are to be verified in open court under oath or affirmation. All documents submitted without verification court will take notice as contempt of court and will be void. All documents filed through the Office of the court clerk must be time stamped.
**Secondly:** I say here and will verify in open court that all here in be true.

## SIGNATURES

**Firstly:** i, a woman/ man, declare and require all documents including recommendations and orders being placed into the case file to have a fixed upon it a wet ink (blue ink) signature of its creator (NO RUBBER STAMPS) on all documents submitted. Documents without wet ink (blue ink) signature the court will take notice as a contempt of court and will be void.

## COMPENSATION

**Firstly:** i, a woman / man, declare that compensatory damages in the amount of $40,787,800.00 USD are due posthaste.

**Secondly:** the arrival of the sum for damages is based upon the belief that to charge by the rate of 10,900.00 United States Dollars per day of wrongdoing is fair and just.

**Fourthly:** to date approximately 350 days have passed. Since the commencement of the use of an instrument which prevents me from the enjoyment of my property physically.

I say here and will verify in open court that all herein be true.

*Annette Jeter Sipple Beneficiary*
*Gary Sipple Beneficiary*

By: Annette Jeter - Sipple, Gary Sipple 17, May 2023

### Request for Admissions, Production of documents and Interrogatories

All persons (8) answering or acting as agent on behalf of any and all Respondent(s) are required to submit to this court:

1. Delegation of authority to act and speak on behalf of any party named in this case.
   [Cf. 22 U.S. Code § 612]

2. The **valid original contract** that expressly gives you rights to administer my property and communicate with me about any debt.

3. The original property deed/mortgage showing the United States, State and or County as title holder.

4. **Interrogatories:**

5. How was your total balance due calculated?

6. Do you have firsthand knowledge of a claim of debt associated with my property?

7. Are you the man or woman who will testify in court to verify your right to deposit materials onto my property?

8. What is the name and address of the man or woman who claims a debt is owed with my property as collateral?

9. What is the name of the 3rd party impartial witness that will testify to the veracity of your claim?

**Answer Due within 7 days after this notice is received.**

*Annette peti Sipphleen*
*Dany Lipple Beneficiar*
First Middle Last 17, May 2023

The *Sipple Court* presents Notice:

## Notice:
### Definitions and Law of the Case

The meaning of the words used within the context of this case, are decreed as follows, thusly; let it be said, let it be done, and none may add to, nor take away from, what is decreed and expressed herein which renders silent that which is implied, assumed, or presumed [Cf. Expressum facit cessare tacitum. That which is expressed makes that which is implied to cease. … Where a law sets down plainly its whole meaning the court is prevented from making it mean what the court pleases." Munro v. City of Albuquerque, 48 N.M. 306, 150 P.2d 733-4];

**Trespass:** To go or intrude (on the property, privacy, or preserves of another) with no right or permission. *[cf. Robert's River Rides v. Steamboat Dev.,* **520 N.W.2d 294, 301 (Iowa 1994) "wrongful interference with one's possessory rights in [real] property"]**

**Claim (n):** a right to something; specifically :a title to a debt, privilege, or other thing in the possession of another.

**Debt Collector:** any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

> Where attorneys serve as **"debt collectors,"** as that term is defined under the Fair Debt Collection Practices Act (FDCPA), for serving to collect debts on behalf of their clients, they can expose themselves to liability by failing to comport with the FDCPA's structures and obligations—including the obligation to provide to consumers certain notices of their rights. [Cf. 15 U.S. Code § 1692a (6)]

**2. Claimant (n):** one who demands anything as a right [1747].

**3. Loan (v):** A loan is the act of giving money, property or other material goods to another party in exchange for future repayment of the principal amount along with interest or other finance charges.

**4. Contract (n):** a legally binding or valid agreement between two parties. The law will consider a contract to be valid if the agreement contains all of the following elements:
　　1. offer and acceptance;
　　2. an intention between the parties to create binding relations;
　　3. consideration to be paid for the promise made;
　　4. legal capacity of the parties to act;
　　5. genuine consent of the parties; and
　　6. legality of the agreement.

An agreement that lacks one or more of the elements listed above is not a valid contract.

**5. Debt (n):** "any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." [Cf. *15 U.S.C. §1692a(5)*]

**6. Consummation (n):** Consummation is the date that a consumer becomes contractually obligated to the creditor on the loan. Consummation is not the same closing or settlement. [Cf. TILA-RESPA RULE § 1026.2(a)(13)]

**7. Collateral** (n): A property or other asset that a borrower offers as a way for a lender to secure a loan.

**8. Person (n):** The term "person" includes an individual, partnership, association, corporation, organization, or any other combination of individuals;

*[signatures]*

**Annette Jeter - Sipple, Gary Sipple** 17, December 2023

Notice:
Delegation of Authority and Identity

i, woman / man; Annette Jeter - Sipple, Gary Sipple:

We is the only living breathing soul who has verified facts in the case and move for Judgment upon the Facts. The only thing that is considered is the facts of the case on the record. The men and women replying as "counsel" for the Respondent(s) has only been "enlightening" to the Court, but not sufficient to rise to the level of fact.

An attorney cannot admit evidence into the court. S/he is either an attorney or a witness.

[Cf. Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647, FRCP 602]

Men and women who claim to be acting in as an attorney; officer of the court; are required to file onto the record their delegation of authority, license to practice law and bonds related to this case 7 days prior to trial.
[Cf. Federal Rules of Evidence 602]

I require witnesses to file a verification of identity onto the record with full lability to their testimony and evidence.

[Maxims of law: Truth is Expressed in the Form of an Affidavit; An *Unrebutted Affidavit* stands as Truth in the Matter.]

I say here and will verify in open court all herein be true.

*[signatures]* May 17th 2023

Annette Jeter -Sipple
Gary Sipple

The *Sipple Court* presents

notice: interference

I; woman; declare: any interference of, for, or with the enjoyment of my property [the exercise of right(s)], by any [wo]man employee of court will be held liable for damages due to injury and/or harm resulting from or arising from any tortuous act, error or omission of the [wo]man.

I will require $1.00 USD for every second of any trespass.

*Annette ptr Sipple bene*
*Amy Sipple Beneficiary*
Sign/Date

The *Sipple Court* presents Notice of court rules:

## VERIFICATIONS

**Firstly:** i, a woman / man, declare and require all documents including recommendations and orders being placed into the case are to be verified in open court under oath or affirmation. All documents submitted without verification court will take notice as contempt of court and will be void. All documents filed through the Office of the court clerk must be time stamped.
**Secondly:** I say here and will verify in open court that all here in be true.

## SIGNATURES

**Firstly:** i, a woman/ man, declare and require all documents including recommendations and orders being placed into the case file to have a fixed upon it a wet ink (blue ink) signature of its creator (NO RUBBER STAMPS) on all documents submitted. Documents without wet ink (blue ink) signature the court will take notice as a contempt of court and will be void.

## COMPENSATION

**Firstly:** i, a woman / man, declare that compensatory damages in the amount of $50,000,000.00 USD are due posthaste.

**Secondly:** the arrival of the sum for damages is based upon the belief that to charge by the rate of 10,900.00 United States Dollars per day of wrongdoing is fair and just.

**Fourthly:** to date approximately 350 days have passed. Since the commencement of the use of an instrument which prevents me from the enjoyment of my property physically.

I designate Topeka Kansas as the place for my Trial

I say here and will verify in open court that all herein be true.

By: Annette Jeter - Sipple, Gary Sipple 17, May 2023