# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

## Preamble

48 and more representing the 4 corners 12 from the north 12 from the south 12 from the east 12 from the west and many more will follow we are the people peacefully coming to put things in order, harmonious moves for our future seven Generations to come. With Wisdom Love Respect Courage Honesty Humility Truth

Annette Jeter - Sipple
Gary Sipple

United States of America

    Woman / Man Claimant

**Claim of damages for trespassing** 42 U.S.C. 1983

V.

Does not require exhaustion of admiration on our part

    1. Cyndi Beck.
**Shawnee County Court Clerk**
200 SE 7th St. Topeka, Ks 66603
**BAR members**
    2. Michael Zevitz
    3. William H, Meyer
    4. Shari Ashner
Southlaw P.C. 13160 Foster St STE 100, Overland Park, Kansas 66213

**Claim of invasion of privacy**
5 U.S.C. 552a

**Claim of conspiracy to commit crimes**

18 U.S.C. 241, 242 10 U.S. Code § 881 Art. 81 Conspiracy

**Claim of Frauds and swindles**

18 U.S.C. 1341

Shawnee County Courthouse Third. Judicial District
**Judge**
    5. Mary Ellen Christopher
    6. Teresa Lynn Watson
200 SE 7th St. Topeka, Ks 66603

**On notice**

**Sheriff**
 Brian Hill
320 S. Kansas Ave STE 200,
Topeka, Ks 66603
**Recorder of deeds**
 Becky Nioce

**Body**

Trespassing

   No due process

   No injured party

   No verified complaint / affidavit

   No court jurisdiction....

   Failure to exhaust administrative active remedy

   Non consent to be sued - commerce / commercial entities only 12

   U.S.C. 614

   No consent to Magistrate ao 085

Rule 8 general rules of procedure

**"The right to be let alone the most comprehensive of rights and the most valued by civilized men. To protect that right, every unjustifiable intrusion by the government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the fourth amendment." Olmstead v. U.S. 277 U.S. 438, 478 (1928).**

18 U.S. code 4 misprision of felony U.S. Code U.S. Law 18 U.S. Code § 4- Misprision of felony, Whoever, having knowledge of the actual commission of a felony cognizable by a Court of the United States, and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not...

Basis: Violation of constitutionally protected right therein:
Cause: False entry into the record:
1 - Notices - Administrative for default, opportunity to cure; Relief and Remedy:
   A) Any band - wagon parties get notices for involvement in violations - where to or more = conspiracy...?
   B) Any notice ignored with supplemental knowledge comes to neglect and will to violate:
   C) All documents issued to parties is to be taken as evidence:
   D) The agent(s), who signed / responsible for any notices or judgements
   E)
*No injured party
*No verified complaint / affidavit
*No court jurisdiction [don't look at merits if no elements of jurisdiction]
*No consent to be sued - commerce / commercial entities only; 12 U.S.C. 614
*No consent to magistrate- ao 085

18 U.S. Code § 4 - Misprision of felony
18 U.S. Code § 641 - Public money, property or records
18 U.S. Code § 1001 - Statements or entries generally
18 U.S. Code § 914 - Do not personate a creditor or shareholder. Executive
18 U.S. Code § 1341 - Fraud and swindles

15 U.S. Code § 1- Trusts, etc., in restraint of trade illegal; penalty
15 U.S. Code § 78b - Necessity for regulation

28 U.S. Code § 1331 - Federal question

28 U.S. Code § 1441 - Removal of civil actions

ALL "Civil" actions: they have no immunity outside of Civil Process:

Foreclosure / eviction / child support statute are all for corporate agents and not valid law for private man.