Exhibit A

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

ELECTRONICALLY FILED
2022 May 17 PM 3:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201

## RETURN OF SERVICE

**State of Kansas**                **County of SHAWNEE**                **District Court**

Case Number: 2022-CV-000201

Plaintiff:
**MIDFIRST BANK**

vs.

Defendant:
**Annette Jeter Sipple**

For:
**South Law
Sharl Ashner, (14498)
13160 Foster Street, SUITE 100
Overland Park, Kansas, 66213
(913) 663-7600 x108
Sharl.Ashner@southlaw.com**
Attorneys for Plaintiff

Received by ARISTOCRAT PROCESS SERVING on at 8:30 am to be served on Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust, 2508 SW Stutley Ct, Topeka, Kansas 66614-4767.

I, Brian Doles, do hereby affirm that on **05-06-2022 at 12:22 pm, I:**

POSTED a true copy of the Summons, Petition to Foreclose Mortgage (Pursuant to K.S.A. Chapter 60), Exhibits to the door at the address of: 2508 SW Stutley Ct, Topeka, Kansas 66614-4767, the same being the defendant/respondent's Abode.

ARISTOCRAT INVESTIGATIONS also completed service by mailing a notice of posting of the Summons, Petition to Foreclose Mortgage (Pursuant to K.S.A. Chapter 60), Exhibits on a postpaid notice card to the address of: 2508 SW Stutley Ct, Topeka, Kansas 66614-4767 by First Class Mail on 05-06-2022.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

**Brian Doles**
Process Server

**ARISTOCRAT PROCESS SERVINGS
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007**

Our Job Serial Number: 0055468
Ref: 178838-969951

MidFirst Bank c/o Midland Mortgage

vs.

Annette Jeter Sipple et. al.

ELECTRONICALLY FILED
2022 Mar 28 PM 1:46
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Annette Evon Jeter Sipple, as Trustee of the Annette Evon Trust**
**2508 SW Stutley Ct**
**Topeka, KS  66614-4767**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shari Ashner Boppart
13160 Foster St
Ste 100
Overland Park, KS 66213

within 21 days after service of summons on you.

Deputy Clerk for

Clerk of the District Court
Electronically signed  on 03/28/2022 02:45:30 PM

**Documents to be served with the Summons:**
PLE: Petition Petition to Foreclose Mortgage

ELECTRONICALLY FILED
2022 May 17 PM 3:43
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201

## RETURN OF SERVICE

**State of Kansas**                  **County of SHAWNEE**                  **District Court**

Case Number: 2022-CV-000201

Plaintiff:
**MIDFIRST BANK**

vs.

Defendant:
**Annette Jeter Sipple**

For:
**South Law**
**Shari Ashner, (14498)**
**13160 Foster Street, SUITE 100**
**Overland Park, Kansas, 66213**
**(913) 663-7600 x108**
**Shari.Ashner@southlaw.com**
Attorneys for Plaintiff

Received by ARISTOCRAT PROCESS SERVING on at 8:30 am to be served on Gary Sipple, 2508 SW Stutley Ct, Topeka, Kansas 66614-4767.

I, Brian Doles, do hereby affirm that on **05-06-2022 at 12:22 pm, I:**

POSTED a true copy of the Summons, Petition to Foreclose Mortgage (Pursuant to K.S.A. Chapter 60), Exhibits to the door at the address of: 2508 SW Stutley Ct, Topeka, Kansas 66614-4767, the same being the defendant/respondent's Abode.

ARISTOCRAT INVESTIGATIONS also completed service by mailing a notice of posting of the Summons, Petition to Foreclose Mortgage (Pursuant to K.S.A. Chapter 60), Exhibits on a postpaid notice card to the address of: 2508 SW Stutley Ct, Topeka, Kansas 66614-4767 by First Class Mail on 05-06-2022.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

_____  5/1-22

**Brian Doles**
Process Server

**ARISTOCRAT PROCESS SERVINGS**
**115 E. Park St.**
**Ste. D**
**Olathe, KS 66061**
**(913) 780-2007**

Our Job Serial Number: 0055465
Ref: 178838-969951



Page 1/1

MidFirst Bank c/o Midland Mortgage

vs.

Annette Jeter Sipple et. al.

ELECTRONICALLY FILED
2022 Mar 28 PM 1:46
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Gary J Sipple**
**2508 SW Stutley Ct**
**Topeka, KS 66614-4767**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Shari Ashner Boppart
13160 Foster St
Ste 100
Overland Park, KS 66213

within 21 days after service of summons on you.

_Robert Mulford_
Deputy Clerk for

Clerk of the District Court
Electronically signed on 03/28/2022 02:45:30 PM

**Documents to be served with the Summons:**
PLE: Petition Petition to Foreclose Mortgage

Exhibits C

## IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
### CIVIL DEPARTMENT

| | |
|---|---|
| MidFirst Bank | ) |
| | ) Case No. 2022-CV-000201 |
| Plaintiff, | ) |
| | ) Court Number: |
| vs. | ) |
| | ) Title to Real Estate Involved |
| Annette E. Jeter Sipple; Gary J. Sipple; State of Kansas, | ) |
| Department for Children and Families; Annette Evon Jeter | ) |
| Trust, a Charitable Trust; Annette Evon Jeter Sipple, as | ) |
| Trustee of the Annette Evon Jeter Trust, a Charitable Trust, et | |
| al. | |
| | |
| Defendant(s). | |

### JOURNAL ENTRY OF JUDGMENT OF FORECLOSURE

Pending before the Court is Plaintiff's Motion for Summary Judgment filed on September 12, 2022. No party has responded to the Motion for Summary Judgment and, as expressed below, Plaintiff's Motion for Summary Judgment is GRANTED.

The Court examines the pleadings and files in the above-entitled cause and finds that each of the Defendant(s) has been served, or has otherwise voluntarily entered their appearances, and the method of service is approved by the Court.  Annette E. Jeter Sipple (served May 6, 2022); Gary J. Sipple (served May 6, 2022); State of Kansas, Department for Children and Families (served April 11, 2022); Annette Evon Jeter Trust, a Charitable Trust (served May 6, 2022); Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust (served May 6, 2022). No defendant is subject to the provisions of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members Civil Relief Act of 2003.

The Court notes that Defendant Gary Jerome Sipple and Defendant Annette Evon Jeter-Sipple filed a purported "Defendant's Notice of Filing Notice of Removal" (defined as "Removal Notice") on May 12, 2022, but that such defendants never actually filed anything in the U.S. District Court for the District of Kansas and, accordingly, the Removal Notice is a legal nullity and has no force or effect and in no way divested the Court of jurisdiction to hear this case.

and Families may claim an interest in the subject Property, but any such claim would be junior and inferior to Plaintiff's Mortgage.

8.  Annette Evon Jeter Trust, a Charitable Trust, is named by virtue of being the grantee of two Quit Claim Deeds: the first recorded October 27, 2020 as Document No. 2020R20923; the second recorded April 8, 2021 as Document No. 2021R078346.  Any interest that the Annette Evon Jeter Trust, a Charitable Trust, may claim would be junior and inferior to Plaintiff's Mortgage.

9.  Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust, is named by virtue of the Annette Evon Jeter Trust, a Charitable Trust, being the grantee of two Quit Claim Deeds: the first recorded October 27, 2020 as Document No. 2020R20923; the second recorded April 8, 2021 as Document No. 2021R078346.  Any interest that Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust, may claim would be junior and inferior to Plaintiff's Mortgage.

10.  Defendant(s) Annette E. Jeter Sipple and Gary J. Sipple are not on active duty in the military service of the United States of America or subject to the provisions of the Service Members Civil Relief Act of 2003, as amended.  Plaintiff lacks or cannot obtain the information necessary to assess the military status or applicability of the Act for any other defendant.

11.  The Monthly installment payments were not made as they became due, commencing with the installment payment due on December 1, 2019 and continuing with each monthly installment due thereafter.  Accordingly, the total amount of indebtedness due under the terms of the Note and Mortgage has been accelerated and is due and payable as follows:

    a.  the unpaid principal balance of the Note in the sum of $119,336.44;

    b.  any deferred principal balance;

    c.  the unpaid interest accruing at the rate provided in the Note from and after November 1, 2019;

    d.  all sums advanced by Plaintiff for title evidence in bringing this action;

3

Exhibit "O"




**From: Annette~Jeter:Sipple Federally protected consumer**
**C/O P O BOX 67711**
**AT TOPEKA, KANSAS REPUBLIC**

### Judicial Notice of Liability: Attorney no Authority

To: Sherry Ashner #14498
SouthLaw, P.C. it's assigns, Heirs and/or attorneys in this office. This Notice is written in regular English and notice to agent is notice to principal

Due to the fact that Annette~Jeter:Sipple, has no Ideal who is attempting to interfere with the business between Annette and the other party of interest, and that no legal fiction can make any orders or sign any judgments, or even speak substantiates fraud. So, because the attorney listed with this legal fiction called Sherry Ashner #14498., this notice is addressed to all of you at this firm in the event SouthLaw P.C. would pass on to one of his heirs or assigns, all of you will be held personally responsible for any damages or liabilities to the estate. (ANNETTE EVON JETER SIPPLE ESTATE) Your membership number – 14498, is an unsecured security and Annette has no problem securing this security, if you continue to violate my rights and to interfere with something that has nothing to do with you.  You have 10 days for the receipt of this Notice to provide the requests for admissions, from you Sherry.

Pursuant to:
**Leviticus 25:23** [King James Version 1611] "The land shall not be sold for ever: for the land is mine, for ye were strangers and sojourners with me."

**Luke 11:46** "And he said, Woe unto you also, ye lawyers! for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers."

**Luke 11:52** "Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered not in yourselves, and them that were entering in ye hindered."

**The Ninth Commandment:** "Thou shalt not bear false witness against thy neighbour."

Now the beneficiary to the trust, a private woman; now makes it known to all interested parties:

Whereas "This Constitution, and the **Laws** of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, **any Thing in the Constitution or Laws of any state to the Contrary notwithstanding.** [Article VI section 2]
Whereas, Article 1 section 9 clause 8 forbids, "*No Title of Nobility shall be granted by the United States:*
And no Person holding any Office of Profit or Trust under them, shall, **without the Consent of the Congress**, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "*No State shall enter any Treaty*, Alliance,





or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; **make any Thing but gold and silver Coin a Tender in Payment of Debts;** pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, *or grant any Title of Nobility."*;

Whereas Esquire is a title of nobility granted by a **foreign State**, and; Amendment XI: "The **Judicial power of the United States** shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any **Foreign State**.
Whereas the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

Hey Ashner, Sherry Heirs and assigns., all that being said, before I go any further with you have and must provide, for it appears you are out of you scope of authority to deal or even talk to the consumer, beings you are not included in the initial issue. But if you insist on being a part of this, you MUST provide:


**Interrogatories:**
1. Ashner, Sherry and Heirs or assigns what act of legislation granted the title or created the public office of Esquire?
2. Ashner, Sherry,and Heirs or assigns,if no such legislation exists, by what lawful authority does one act?
3. Ashner, Sherry,.and Heirs or assigns., is one communicating about a debt in a species other than what
   has been legislated?
4. ĐASHER, Sherry., and Heirs or assigns what legislation granted the Supreme Court **licensing/certification**-power?
5. Ashner, Sherry,-and-Heirs or assigns
., Who Has Authority to Hire the Corporate BAR Attorney?

**Request for admissions:**
1. Ashner, Sherry ., and Heirs or assigns no act of legislation has created the authority for an Esquire to operate
   business in any State. Yea or Ney?
2. Ashner, Sherry., and-Heirs or assigns There is no congressional consent for the creation of the BAR member attorney.
   Yea  or Ney
3. Ashner, Sherry.-and-Heirs or assigns. The Supreme Court has no legislative, executive nor judicial authority to
   license or certify professions. True or False:
4. Ashner, Sherry.,.and-Heirs or assigns. Supreme Court certificate given to BAR attorneys is not a license.
   True or False, if true provide copy of the license
5. Ashner, Sherry, and Heirs or assigns. One has no "Power of attorney", meaning a writing that uses the term
   "power of attorney" and grants authority to an agent to act in the place of the principal.
   Do you have such power of attorney to act on behalf of the principal? Provide a copy of such
6. Ashner, Sherry.,Only the "governing authority", the board of directors, at a noticed meeting for a corporation
   or business entity may hire counsel on behalf of the same. Ashner, Sherry, what governing authority
   hired you?

 

7. Ashner, Sherry.,I see no evidence that you are not attempting to administer my property without right, without

   out first-hand knowledge or subject matter jurisdiction or standing,

8. Ashner, Sherry.,I see no evidence that you are impersonating a State Officer,

9. Ashner, Sherry.,I see no evidence that you have standing in a court of law-Not color of law

10. Ashner, Sherry.,I see no evidence of any contract with your company,

11. Ashner, Sherry.,I see no evidence that you are indemnified to bring damages on the man (by violating my rights).

12. Ashner, Sherry.,I see no evidence that you are not simulating a legal process,

13. Ashner,Sherry.,jI see no evidence that you completed your due diligence for process of service. You have participated in Identity theft and Mail Fraud.

**Notice of Fair Debt Collections Practices Act (FDCPA; 15 USC 1692 et seq) Violation(s):**

15 U.S. Code § 1692c - Communication in connection with debt collection... **without the prior consent of the consumer given directly to the debt collector** or the express permission of a court of competent jurisdiction. $1,000 USD per "attorney"

15 U.S. Code § 1692e the false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or **any State**, including the use of any badge, uniform, or facsimile thereof... The false representation or implication that any individual is an attorney or that any communication is from an attorney. $1,000 USD per "attorney"

15 U.S. Code § 1692f A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. $1,000 USD per "attorney"

15 U.S. Code § 1692g The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer. $1,000 USD per "attorney"

15 U.S. Code 1692j - (a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.

Other violations:

18 U.S. Code § 914 - False personation; Creditors of the United States

 

18 USC chapter 41: EXTORTION AND THREATS - §876. **Mailing threatening communications** (b) Whoever, with intent to extort from any person any money or other thing of value, so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to any threat to injure (TAKE PROPERTY) the person of the addressee or of another, shall be fined under this title or imprisoned not more than twenty years, or both.

(d) Whoever, with intent to extort from any person any money or other thing of value, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

18 U.S. Code § 1341 - Frauds and swindles:  Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the

purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

Resolution:
Provide the request for admissions 10 days for receipt if not provided, you are to Cease and desist in protecting the wrongs addressed, follow the law as it is written
And I will not prosecute SouthLaw P.C.

Sincerely,

ANNETTE EVON JETER - SIPPLE-for
Annette-Evon Jeter:Sipple, beneficiary
This Seventh day of the fifth month,
 year of our lord two thousand twenty-two

Cc:





Administrative office of Courts Kansas
Attorney-general of Kansas State
Department of revenue Director

Sherry, Ashner #14498
SouthLaw P.C. 13160 foster
Overland Park KS 66213-2660
(913) 773-7600

902125

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE 4 -12- 2022 | | |
|---|---|---|---|---|---|---|
| NAME Annette – Jeter : Sipple Beneficiary | | | | | | |
| ADDRESS 40 P.O. Box 67711 | | | | | | |
| CITY, STATE, ZIP Topeka  Kansas. Republic   66667 | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RET'D. | PAID OUT |

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | | Misuse of the name | | 20,000. | 00 |
| 2 | | Violation (1) 15 USC 1692 c | | 1,000. | 00 |
| 3 | | Violation (2) 15 USC 1692 e | | 1,000. | 00 |
| 4 | | Violation (3) 15 USC 1692 g | | 1,000. | 00 |
| 5 | | Violation (4) 15 USC 1692 f | | 1,000. | 00 |
| 6 | | Violation (5) 15 USC 1692 j | | 1,000. | 00 |
| 7 | | Violation (6) 18 USC § 914 | | 1,000. | 00 |
| 8 | | Violation (7) 18 USC § 1341 | | 1,000. | 00 |
| 9 | | Violation (8) 18 USC § chapter 41 | | 1,000. | 00 |
| 10 | | | | | |
| 11 | | Total to be paid in | | 28,000. | 00 |
| 12 | | Full (10) ten days after | | | |
| 13 | | Reciept of this invoice. | | | |
| 14 | | Payable To; Annette+ Jeter; | | | |
| 15 | | Sipple Beneficiary | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| RECEIVED BY | | | | | |

A-8008
T-46370/40050

**KEEP THIS SLIP FOR REFERENCE**

01-11

 

**From: Annette-Evon Jeter:Sipple Federally protected consumer**
**C/O P O BOX 67711**
**AT TOPEKA, KANSAS REPUBLIC**

**Judicial Notice of Liability: Attorney no Authority**

**To: Teresa Lynn, Watson # 16654. Case #2022-CV-000201**
**Teresa Lynn, Watson. it's assigns, Heirs and/or attorneys in this office.**
This Notice is written in regular English and notice to agent is notice to principal

Due to the fact that Annette: Evon Jeter-Sipple, has no Ideal who is attempting to interfere wit
business between Annette and the other party of interest, and that no legal fiction can make a
orders or sign any judgments, or even speak substantiates fraud. So, because the attorney lis
with this legal fiction called Teresa Lynn Watson #16654., this notice is addressed to all of you
firm in the event Teresa Lynn, Watson. would pass on to one of his heirs or assigns, all of you
held personally responsible for any damages or liabilities to the estate. (ANNETTE EVON JET
SIPPLE ESTATE) Your membership number – 16654, is an unsecured security and Annette
problem securing this security, if you continue to violate my rights and to interfere with somet
that has nothing to do with you. You have 10 days for the receipt of this Notice to provide the
requests for admissions, from you William.

Pursuant to:
**Leviticus 25:23** [King James Version 1611] "The land shall not be sold for ever: for the land i
mine, for ye were strangers and sojourners with me."

**Luke 11:46** "And he said, Woe unto you also, ye lawyers! for ye lade men with burdens
grievous to be borne, and ye yourselves touch not the burdens with one of your fingers."

**Luke 11:52** "Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entere
not in yourselves, and them that were entering in ye hindered."

**The Ninth Commandment:** "Thou shalt not bear false witness against thy neighbour."

Now the beneficiary to the trust, a private woman; now makes it known to all interested parties

Whereas "This Constitution, and the **Laws** of the United States which shall be made in
Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the
United States, shall be the supreme Law of the Land; and the Judges in every State shall be
bound thereby, **any Thing in the Constitution or Laws of any state to the Contrary
notwithstanding.** [Article VI section 2]
Whereas, Article 1 section 9 clause 8 forbids, "*No Title of Nobility shall be granted by the I
States:*
And no Person holding any Office of Profit or Trust under them, shall, **without the Consent o
the Congress,** accept of any present, Emolument, Office, or Title, of any kind whatever, from
any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "*No State shall enter* any **Treaty,** Alliance,

 

**From: Annette-Evon Jeter:Sipple Federally protected consumer**
**C/O P O BOX 67711**
**AT TOPEKA, KANSAS REPUBLIC**

**Judicial Notice of Liability: Attorney no Authority**

**To: Mary Ellen Christopher # 20253. Case #2022-CV-000201**
**Mary E, Christopher. it's assigns, Heirs and/or attorneys in this office.**
This Notice is written in regular English and notice to agent is notice to principal

Due to the fact that Annette: Evon Jeter-Sipple, has no Ideal who is attempting to interfere with the
business between Annette and the other party of interest, and that no legal fiction can make any
orders or sign any judgments, or even speak substantiates fraud. So, because the attorney listed
with this legal fiction called Mary Ellen, Christopher  #20253., this notice is addressed to all of you a
this firm in the event Mary E, Christopher. would pass on to one of his heirs or assigns, all of you wi
be held personally responsible for any damages or liabilities to the estate. (ANNETTE EVON JETEI
SIPPLE ESTATE) Your membership number – 20253, is an unsecured security and Annette has no
problem securing this security, if you continue to violate my rights and to interfere with something
that has nothing to do with you.  You have 10 days for the receipt of this Notice to provide the
requests for admissions, from you William.

Pursuant to:
**Leviticus 25:23** [King James Version 1611] "The land shall not be sold for ever: for the land is
mine, for ye were strangers and sojourners with me."

**Luke 11:46** "And he said, Woe unto you also, ye lawyers! for ye lade men with burdens
grievous to be borne, and ye yourselves touch not the burdens with one of your fingers."

**Luke 11:52** "Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered
not in yourselves, and them that were entering in ye hindered."

**The Ninth Commandment:** "Thou shalt not bear false witness against thy neighbour."

Now the beneficiary to the trust, a private woman; now makes it known to all interested parties:

Whereas "This Constitution, and the **Laws** of the United States which shall be made in
Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the
United States, shall be the supreme Law of the Land; and the Judges in every State shall be
bound thereby, **any Thing in the Constitution or Laws of any state to the Contrary
notwithstanding.** [Article VI section 2]
Whereas, Article 1 section 9 clause 8 forbids, "*No Title of Nobility shall be granted by the United
States:*
And no Person holding any Office of Profit or Trust under them, shall, **without the Consent of
the Congress,** accept of any present, Emolument, Office, or Title, of any kind whatever, from
any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "*No State shall enter any Treaty,* Alliance,

 

or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; **make any Thing but gold and silver Coin a Tender in Payment of Debts**; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, *or grant any Title of Nobility.*";

Whereas Esquire is a title of nobility granted by a **foreign State**, and; Amendment XI: "The **Judicial power of the United States** shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any **Foreign State**.
Whereas the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

Hey, Christopher Mary E, Heirs and assigns., all that being said, before I go any further with you have and must provide, for it appears you are out of you scope of authority to deal or even talk to the consumer, beings you are not included in the initial issue. But if you insist on being a part of this, you MUST provide:

**Interrogatories:**
1. Mary E, Christopher, and Heirs or assigns what act of legislation granted the title or created the public office of Esquire?
2. Mary E, Christopher ,and Heirs or assigns If no such legislation exists, by what lawful authority does one act?
3. Mary E, Christopher , and Heirs or assigns., is one communicating about a debt in a species other than what
   has been legislated?
4. Mary E, Christopher., and Heirs or assigns what legislation granted the Supreme Court **licensing/certification** power?
5. Mary E, Christopher, and Heirs or assigns
., Who Has Authority to Hire the Corporate BAR Attorney?

**Request for admissions:**
   1. Mary E, Christopher., and Heirs or assigns no act of legislation has created the authority for an Esquire to operate
   business in any State. Yea or Ney?
2. Mary E, Christopher., and Heirs or assigns. There is no congressional consent for the creation of the BAR member attorney.
   Yea  or Ney
3. Mary E, Christopher, and Heirs or assigns. The Supreme Court has no legislative, executive nor judicial authority to
   license or certify professions. True or False:
4. Mary E , Christopher ., and Heirs or assigns. Supreme Court certificate given to BAR attorneys is not a license.
   True or False, if true provide copy of the license
5. Mary E, Christopher and Heirs or assigns. One has no "Power of attorney", meaning a writing that uses the term
   "power of attorney" and grants authority to an agent to act in the place of the principal.
   Do you have such power of attorney to act on behalf of the principal? Provide a copy of such
6. Mary E, Christopher  Only the "governing authority", the board of directors, at a noticed meeting for a corporation
   or business entity may hire counsel on behalf of the same. Christopher, Mary E, what governing authority
   hired you?



7. Mary E, Christopher I see no evidence that you are not attempting to administer my property without right, without

out first-hand knowledge or subject matter jurisdiction or standing,

8. Mary E, Christopher  I see no evidence that you are impersonating a State Officer,

9. Mary E, Christopher  I see no evidence that you have standing in a court of law-Not color of law

10. Mary E, Christopher  I see no evidence of any contract with your company,

11. Mary E, Christopher  I see no evidence that you are indemnified to bring damages on the man (by violating my rights).

12. Mary E, Christopher  I see no evidence that you are not simulating a legal process,

13. Mary E, Christopher  I see no evidence that you completed your due diligence for process of service.

You have participated in Identity theft and Mail Fraud.

**Notice of Fair Debt Collections Practices Act (FDCPA; 15 USC 1692 et seq)
Violation(s):**

15 U.S. Code § 1692c - Communication in connection with debt collection… **without the prior consent of the consumer given directly to the debt collector** or the express permission of a court of competent jurisdiction. $1,000 USD per "attorney"

15 U.S. Code § 1692e the false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or **any State**, including the use of any badge, uniform, or facsimile thereof… The false representation or implication that any individual is an attorney or that any communication is from an attorney. $1,000 USD per "attorney"

15 U.S. Code § 1692f A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. $1,000 USD per "attorney"

15 U.S. Code § 1692g The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer. $1,000 USD per "attorney"

15 U.S. Code 1692j - (a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.

Other violations:

18 U.S. Code § 914 - False personation; Creditors of the United States

 

18 USC chapter 41: EXTORTION AND THREATS - §876. **Mailing threatening communications** (b) Whoever, with intent to extort from any person any money or other thing of value. so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to any threat to injure (TAKE PROPERTY) the person of the addressee or of another, shall be fined under this title or imprisoned not more than twenty years, or both.

(d) Whoever, with intent to extort from any person any money or other thing of value, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

18 U.S. Code § 1341 - Frauds and swindles:  Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the

purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

Resolution:
Provide the request for admissions 10 days for receipt if not provided, you are to Cease and desist in protecting the wrongs addressed, follow the law as it is written
And I will not prosecute  Mary E, Christopher B.A.R. # 20253

Sincerely,

ANNETTE EVON JETER SIPPLE-for
Annette Evon Jeter:Sipple, beneficiary
This Twelfth day of the Twelfth month,
 year of our lord two thousand twenty-two

Cc:

 

Administrative office of Courts Kansas
Attorney-general of Kansas State
Department of revenue Director

Mary Ellen, Christopher #20253
Shawnee County District Court
200 SE 7th Street Room 324
Topeka KS 66603
(785) 251-6320

 

**From: Gary-Jerome:Sipple Federally protected consumer**
**C/O P O BOX 67711**
**AT TOPEKA, KANSAS REPUBLIC**

### Judicial Notice of Liability: Attorney no Authority

**To: William H, Meyer # 18142**
**SouthLaw, P.C. it's assigns, Heirs and/or attorneys in this office.**                          This
Notice is written in regular English and notice to agent is notice to principal

Due to the fact that Annette: Evon Jeter-Sipple, has no ideal who is attempting to interfere with the
business between Annette and the other party of interest, and that no legal fiction can make any
orders or sign any judgments, or even speak substantiates fraud. So, because the attorney listed
with this legal fiction called William H, Meyer #18142., this notice is addressed to all of you at this
firm in the event SouthLaw P.C. would pass on to one of his heirs or assigns, all of you will be held
personally responsible for any damages or liabilities to the estate. (ANNETTE EVON JETER
SIPPLE ESTATE) Your membership number – 18142, is an unsecured security and Annette has no
problem securing this security, if you continue to violate my rights and to interfere with something
that has nothing to do with you.  You have 10 days for the receipt of this Notice to provide the
requests for admissions, from you William.

Pursuant to:
**Leviticus 25:23** [King James Version 1611] "The land shall not be sold for ever: for the land is
mine, for ye were strangers and sojourners with me."

**Luke 11:46** "And he said, Woe unto you also, ye lawyers! for ye lade men with burdens
grievous to be borne, and ye yourselves touch not the burdens with one of your fingers."

**Luke 11:52** "Woe unto you, lawyers! for ye have taken away the key of knowledge: ye entered
not in yourselves, and them that were entering in ye hindered."

**The Ninth Commandment:** "Thou shalt not bear false witness against thy neighbour."

Now the beneficiary to the trust, a private woman; now makes it known to all interested parties:

Whereas "This Constitution, and the **Laws** of the United States which shall be made in
Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the
United States, shall be the supreme Law of the Land; and the Judges in every State shall be
bound thereby, **any Thing in the Constitution or Laws of any state to the Contrary
notwithstanding.** [Article VI section 2]
Whereas, Article 1 section 9 clause 8 forbids, "*No Title of Nobility shall be granted by the United
States:*
And no Person holding any Office of Profit or Trust under them, shall, **without the Consent of
the Congress**, accept of any present, Emolument, Office, or Title, of any kind whatever, from
any King, Prince, or foreign State.", and;

Whereas Article 1 Section 10 Clause 1 forbids, "*No State shall enter any Treaty*, Alliance,

 

or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; **make any Thing but gold and silver Coin a Tender in Payment of Debts**; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, *or grant any Title of Nobility*.";

Whereas Esquire is a title of nobility granted by a **foreign State**, and; Amendment XI: "The **Judicial power of the United States** shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any **Foreign State**.
Whereas the Judiciary Act of 1789 created the attorney-general but not the STATE BAR card carrying attorney, Esquire.

Hey Meyer, William H, Heirs and assigns., all that being said, before I go any further with you have and must provide, for it appears you are out of you scope of authority to deal or even talk to the consumer, beings you are not included in the initial issue. But if you insist on being a part of this, you MUST provide:


**Interrogatories:**
1. Meyer, William.H, and Heirs or assigns what act of legislation granted the title or created the public office of Esquire?
2. Meyer, William.H ,and Heirs or assigns If no such legislation exists, by what lawful authority does one act?
3. Meyer, William H, and Heirs or assigns., is one communicating about a debt in a species other than what
   has been legislated?
4. Meyer, William.H., and Heirs or assigns what legislation granted the Supreme Court **licensing/certification** power?
5. Meyer William.H, and Heirs or assigns
., Who Has Authority to Hire the Corporate BAR Attorney?

**Request for admissions**:
     1.   Meyer, William.H ., and Heirs or assigns no act of legislation has created the authority for an
          Esquire to operate
     business in any State. Yea or Ney?
2. Meyer,William.H., and Heirs or assigns. There is no congressional consent for the creation of the BAR member attorney.
     Yea   or Ney
3. Meyer, William.H, and Heirs or assigns. The Supreme Court has no legislative, executive nor judicial authority to
     license or certify professions. True or False:
4. Meyer, William.H., and Heirs or assigns. Supreme Court certificate given to BAR attorneys is not a license.
     True or False, if true provide copy of the license
5. Meyer, William.H and Heirs or assigns. One has no "Power of attorney", meaning a writing that uses the term
     "power of attorney" and grants authority to an agent to act in the place of the principal.
     Do you have such power of attorney to act on behalf of the principal? Provide a copy of such
6. Meyer, William.H.,Only the "governing authority", the board of directors, at a noticed meeting for a corporation
     or business entity may hire counsel on behalf of the same. Meyer, William.H what governing authority
     hired you?





7. Meyer, William.H.,I see no evidence that you are not attempting to administer my property without right, without

   out first-hand knowledge or subject matter jurisdiction or standing,

8. Meyer, William.H.,I see no evidence that you are impersonating a State Officer,

9. Meyer, William.H.,I see no evidence that you have standing in a court of law-Not color of law

10. Meyer, William.H.,I see no evidence of any contract with your company,

11. Meyer, William.H.,I see no evidence that you are indemnified to bring damages on the man (by violating my rights).

12. Meyer, William.H.,I see no evidence that you are not simulating a legal process,

13. Meyer,William.H.,I see no evidence that you completed your due diligence for process of service. You have participated in Identity theft and Mail Fraud.

**Notice of Fair Debt Collections Practices Act (FDCPA; 15 USC 1692 et seq) Violation(s):**

15 U.S. Code § 1692c - Communication in connection with debt collection... **without the prior consent of the consumer given directly to the debt collector** or the express permission of a court of competent jurisdiction. $1,000 USD per "attorney"

15 U.S. Code § 1692e the false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or **any State**, including the use of any badge, uniform, or facsimile thereof... The false representation or implication that any individual is an attorney or that any communication is from an attorney. $1,000 USD per "attorney"

15 U.S. Code § 1692f A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. $1,000 USD per "attorney"

15 U.S. Code § 1692g The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer. $1,000 USD per "attorney"

15 U.S. Code 1692j - (a) It is unlawful to design, compile, and furnish any form knowing that such form would be used to create the false belief in a consumer that a person other than the creditor of such consumer is participating in the collection of or in an attempt to collect a debt such consumer allegedly owes such creditor, when in fact such person is not so participating.

(b) Any person who violates this section shall be liable to the same extent and in the same manner as a debt collector is liable under section 1692k of this title for failure to comply with a provision of this subchapter.

Other violations:

18 U.S. Code § 914 - False personation; Creditors of the United States





18 USC chapter 41: EXTORTION AND THREATS - **§876. Mailing threatening communications** (b) Whoever, with intent to extort from any person any money or other thing of value, so deposits, or causes to be delivered, as aforesaid, any communication containing any threat to any threat to injure (TAKE PROPERTY) the person of the addressee or of another, shall be fined under this title or imprisoned not more than twenty years, or both.

(d) Whoever, with intent to extort from any person any money or other thing of value, knowingly so deposits or causes to be delivered, as aforesaid, any communication, with or without a name or designating mark subscribed thereto, addressed to any other person and containing any threat to injure the property or reputation of the addressee or of another, or the reputation of a deceased person, or any threat to accuse the addressee or any other person of a crime, shall be fined under this title or imprisoned not more than two years, or both.

18 U.S. Code § 1341 - Frauds and swindles:  Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the

purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both.

Resolution:
Provide the request for admissions 10 days for receipt if not provided, you are to Cease and desist in protecting the wrongs addressed, follow the law as it is written
And I will not prosecute SouthLaw P.C.

Sincerely,

ANNETTE EVON JETER SIPPLE-for
Annette Evon Jeter:Sipple, beneficiary
This Ninth day of the Sixth month,
 year of our lord two thousand twenty-two

Cc:





Administrative office of Courts Kansas
Attorney-general of Kansas State
Department of revenue Director

William H, Meyer #18142
SouthLaw P.C. 13160 foster
Overland Park KS 66213-2660
(913) 773-7600

Exhibit E

# GREAT BEND TRIBUNE
## 2012 FOREST AVENUE
## Great Bend, KS 67530

**Proof of Publication**

\*Annette Jeter-Sipple
2508 SW Stutley Ct
Topeka KS 66614

I, Mary Hoisington, Publisher, of the

Great Bend Tribune, Great Bend, KS, published in the English language, and having a bona fide list of paid subscribers located in the aforementioned City, and with a general circulation in Great Bend and the area entered as a second class matter under the Postal Laws and Regulation of the United States of America for 52 successive weeks or more prior to the issue of

5/6/2020, certify that the notice of "*ANNETTE EVON JETER-SIPPLE Notice*" attached hereto has been published in said newspaper and online for 4 issues(s) consecutive, commencing with the issue of 5/6/2020.

Mary Hoisington

Notary Public this date of 5/8/2020

State of Kansas -Notary Public
**Loretta Russell**
My Commission Expires 9/8/20\_

| | |
|---|---|
| Name | \*Annette Jeter-Sipple |
| Order Number | 45248 |
| Order Date | 5/1/2020 |
| Number Issues | 4 |
| Pub Count | 2 |
| First Issue | 5/6/2020 |
| Last Issue | 5/8/2020 |
| Order Price | $67.22 |
| Publications | 01 Tribune, 02 Online |
| Pub Dates | 01 Tribune: 5/6/2020, 5/8/2020 |
| | 02 Online: 5/6/2020, 5/8/2020 |

(First published in the Great Bend Tribune on May 6, 2020)2T Legal notice of Assumed name(s): jeter-sipple,annette evon is doing business as: ANNETTE EVON JETER-SIPPLE for more information, send written request only to: The Office of ANNETTE EVON JETER-SIPPLE. BY email: sipple01.aj@gmail.com Publication: Legal Notice: To all parties seeking to make a claim,jeter- sipple, annette evon is doing business as ANNETTE EVON JETER ,ANNETTE EVON JETER-SIPPLE and all derivates thereof. Notice of fee schedule(s): Each and every use not authorized by- jeter-sipple, annette evon requires in 20,000 USD fine payable to: ANNETTE EVON JETER , or ANNETTE EVON JETER-SIPPLE within 30 days of notice and the fines must be settled in full. In order to authorize, contact must be made with the Name Holder for a contract to do so. Failure to timely notify the Name Holder, produces an agreement that the users contract is invalid. Additionally, this notice is retroactive. All parties prior to this notice MUST contact the Name Holder within 180 days of this notice for an update to the contract. Be advised that this notice is applicable to the use of each and every account associated with ANNETTE EVON JETER, ANNETTE EVON JETER-SIPPLE and ALL derivatives thereof. A written request must be, signed under penalty of perjury and sent to the Name Holder at Care of: 6120 sw 29th street, near: Topeka Kansas [66614-9998], all other deviations will be returned as invalid to sender.

(First published in the Great Bend Tribune on May 6, 2020)2T Legal notice of Assumed name(s): jeter-sipple,annette evon is doing business as: ANNETTE EVON JETER-SIPPLE for more information, send written request only to: The Office of ANNETTE EVON JETER-SIPPLE. BY email: sipple01.aj@gmail.com Publication: Legal Notice: To all parties seeking to make a claim. jeter-sipple, annette evon is doing business as ANNETTE EVON JETER ,ANNETTE EVON JETER-SIPPLE and all derivates thereof. Notice of fee schedule(s): Each and every use not authorized by jeter-sipple, annette evon requires a 20,000 USD fine payable to: ANNETTE EVON JETER ,or ANNETTE EVON JETER- SIPPLE within 30 days of notice and the fines must be settled in full. In order to authorize, contact must be made with the Name Holder for a contract to do so. Failure to timely notify the Name Holder, produces an agreement that the users contract is invalid. Additionally, this notice is retroactive. All parties prior to this notice MUST contact the Name Holder within 180 days of this notice for an update to the contract. Be advised that this notice is applicable to the use of each and every account associated with ANNETTE EVON JETER, ANNETTE EVON JETER-SIPPLE and ALL derivatives thereof. A written request must be, signed under penalty of perjury and sent to the Name Holder at Care of: 6120 sw 29th street, near: Topeka Kansas [66614-9998], all other deviations will be returned as invalid to sender.



PAID Check No Credit Card
Dated 5/5/2020

Exhibit 3

## Affidavit in Proof of Publication

STATE OF KANSAS
Douglas County

Michael Brock of the Legal Dept. of the Lawrence Daily Journal-World being first duly sworn, deposes and says:

That this daily newspaper printed in the State of Kansas, and published in and of general circulation in Douglas County, Kansas, with a general paid circulation on a daily basis in Douglas County, Kansas, and that said newspaper is not a trade, religious or fraternal publication, and which newspaper has been admitted to the mails as periodicals class matter in said County, and that a notice of which is hereto attached, was published in the regular and entire issue of the Lawrence Daily Journal-World

Said newspaper is published daily 365 days a year; has been so published continuously and uninterruptedly in said county and state for a period of more than five years prior to the first publication of said notice and been admitted at the post office of Lawrence in said County as second class matter.

That the attached notice is a true copy thereof and was published in the regular and entire issue of said newspaper for 2 consecutive days/weeks the first publication thereof being made as aforesaid on 03/15/2020 with publications being made on the following dates:

03/15/2020, 03/16/2020

Subscribed and sworn to before me this 18th day of March, 2020.

Notary Public

My Appointment expires: 8/19/2020

| | |
|---|---|
| Notary And Affidavit | $0.00 |
| Additional Copies | $0.00 |
| Publication Charges | $122.22 |
| | $122.22 |



ALLISON WILSON
Notary Public, State of Kansas
My Appointment Expires

(First published in the Lawrence Daily Journal-World on 15th of March, 2020)

Legal Notice

To all parties seeking to make a claim. sipple gary Jerome is doing business as GARY JEROME SIPPLE and all derivates thereof. Notice of fee schedule(s). Each and every use not authorized by sipple gary jerome requires a 20,000 USD fine payable to: GARY JE-ROME SIPPLE within 30 days of notice and the fines must be settled in full. In order to authorize, contact must be made with the Name Holder for a contract to do so. Failure to timely notify the Name Holder, produces an agreement that the users contract is invalid. Additionally, this notice is retroactive. All parties prior to this notice MUST contact the Name Holder within 180 days of this notice for an update to the contract. Be advised that this notice is applicable to the use of each and every account associated with GARY JEROME SIPPLE and ALL derivatives thereof. A written request must be, signed under penalty of perjury and sent to the Name Holder at Care of: 6120 sw 29th street, near: Topeka Kansas (666144998), all other deviations will be returned as invalid to sender.

Exhibit E

Shawnee County, Kansas
Register of Deeds
Marilyn L. Nichols
**Book: 4680 Page: 74**
**Line #: 20090004688**
Registration Fees: $369.79
Debt: $142,226.00  Mortgage #: 239303
Date Recorded: 03/11/2009 02:53:14.950 PM
By

CHASE
1833486062

CU810017

**Capital Title Ins Co**
**2641 SW Wanamaker Rd**
**Topeka, Kansas 66614**

―――――――― [Space Above This Line For Recording Data] ――――――――

# MORTGAGE

| FHA CASE NO |
| --- |
| 1812393854703 |

Loan Number   3007000148

**MIN**  100442509010099251

THIS MORTGAGE ("Security Instrument") is given on    MARCH 10, 2009
The mortgagor is ANNETTE E  JETER SIPPLE AND GARY J. SIPPLE,
WIFE AND HUSBAND

('Borrower')
This Security Instrument is given to Mortgage Electronic Registration Systems, Inc ("MERS") as Mortgagee  **MERS**
**is the nominee for Lender**, as hereinafter defined, and Lender's successors and assigns  MERS is organized and
existing under the laws of Delaware, and has an address and telephone number of P O  Box 2026, Flint, MI 48501-
2026, tel  (888) 679-MERS

HOME SAVINGS OF AMERICA, A FEDERAL SAVINGS ASSOCIATION        ('Lender')
is organized and existing under the laws of    UNITED STATES
and has an address of     880 APOLLO STREET, SUITE 241, EL SEGUNDO,
CALIFORNIA 90245
Borrower owes Lender the principal sum of   ONE HUNDRED FORTY-TWO THOUSAND TWO
HUNDRED TWENTY-SIX AND 00/100        Dollars (U S $ 142,226 00          )
This debt is evidenced by Borrower s note dated the same date as this Security Instrument ('Note"), which provides
for monthly payments, with the full debt, if not paid earlier, due and payable on  APRIL 1, 2039
This Security Instrument secures to Lender  (a) the repayment of the debt evidenced by the Note, with interest
and all renewals, extensions and modifications of the Note, (b) the payment of all other sums, with interest,
advanced under paragraph 7 to protect the security of this Security Instrument, and (c) the performance
of Borrower's covenants and agreements under this Security Instrument and the Note   For this purpose,
Borrower does hereby mortgage, grant and convey to MERS (solely as nominee for Lender and Lender's
successors and assigns) and to the successors and assigns of MERS the following described property located in
SHAWNEE                        County Kansas

Borrower Initials _____   _____



8

LOT 10, BLOCK A, WEST INDIAN HILLS SUBDIVISION NO 2, IN SHAWNEE COUNTY, KANSAS
A.P.N   1430703001058390

which has the address of  2508  SOUTHWEST  STUTLEY  COURT

|  | [Street] |  |  |
| TOPEKA | , Kansas | 66614 | ('Property Address") |
| [City] |  | [Zip Code] |  |

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements appurtenances and fixtures now or hereafter a part of the property  All replacements and additions shall also be covered by this Security Instrument  All of the foregoing is referred to in this Security Instrument as the "Property  ' Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender s successors and assigns) has the right  to exercise any or all of those interests  including, but not limited to, the right to foreclose and sell the Property, and to take any action required of Lender including, but not limited to, releasing or canceling this Security Instrument

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record  Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property

**UNIFORM COVENANTS**  Borrower and Lender covenant and agree as follows

**1    Payment of Principal, Interest and Late Charge**  Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and late charges due under the Note

**2    Monthly Payment of Taxes, Insurance, and Other Charges**  Borrower shall include in each monthly payment, together with the principal and interest as set forth in the Note and any late charges, a sum for (a) taxes and special assessments levied or to be levied against the Property, (b) leasehold payments or ground rents on the Property, and (c) premiums for insurance required under paragraph 4  In any year in which the Lender  must pay a mortgage insurance premium to the Secretary of Housing and Urban Development ('Secretary"), or in any year in which such premium would have been required if Lender still  held the Security Instrument, each monthly payment shall also include either  (i) a sum for the annual mortgage insurance premium to be paid by Lender to the Secretary, or (ii) a monthly charge instead of a mortgage insurance premium if this Security Instrument is held by the Secretary, in a reasonable amount to be determined by the Secretary  Except for the monthly charge by the Secretary, these items are called  Escrow Items" and the sums paid to Lender are called 'Escrow Funds  '

Lender may, at any time, collect and hold amounts for Escrow Items in an  aggregate amount not to exceed the maximum amount that may be required for Borrower's escrow account under the Real Estate Settlement Procedures Act of 1974, 12 U S C  §2601 et seq  and implementing regulations, 24 CFR Part 3500, as they may be amended from time to time ('RESPA' ), except that the cushion or reserve permitted by RESPA for unanticipated disbursements or disbursements before the Borrower's payments are available in the account may not be based on amounts due for the mortgage insurance premium

Borrower  Initials  _____  _____  _____  _____  _____

FHA KANSAS MORTGAGE - MERS
KSMTGZ FHA  11/01/08                                Page 2 of 8                        DocMagic *Romms* 800 649 1362
www docmagic com

If the amounts held by Lender for Escrow Items exceed the amounts permitted to be held by RESPA  Lender shall account to Borrower for the excess funds as required by RESPA   If the amounts of funds held by Lender at any time are not sufficient to pay the Escrow Items when due, Lender may notify the Borrower and require Borrower to make up the shortage as permitted by RESPA

The Escrow Funds are pledged as additional security for all sums secured by this Security Instrument   If Borrower tenders to Lender the full payment of all such sums, Borrower's account shall be credited with the balance remaining for all installment items (a), (b), and (c) and any mortgage insurance premium installment that Lender has not become obligated to pay to the Secretary, and Lender shall promptly refund any excess funds to Borrower Immediately prior to a foreclosure sale of the Property or its acquisition by Lender, Borrower s account shall be credited with any balance remaining for all installments for items (a), (b), and (c)

3    **Application of Payments**   All payments under paragraphs 1 and 2 shall be applied by Lender as follows
FIRST, to the mortgage insurance premium to be paid by Lender to the Secretary or to the monthly charge by the Secretary instead of the monthly mortgage insurance premium,
SECOND, to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard insurance premiums, as required,
THIRD, to interest due under the Note,
FOURTH, to amortization of the principal of the Note, and
FIFTH, to late charges due under the Note

4    **Fire, Flood and Other Hazard Insurance**   Borrower shall insure all improvements on the Property, whether now in existence or subsequently erected, against any hazards, casualties, and contingencies, including fire, for which Lender requires insurance   This insurance shall be maintained in the amounts and for the periods that Lender requires   Borrower shall also insure all improvements on the Property, whether now in existence or subsequently erected, against loss by floods to the extent required by the Secretary   All insurance shall be carried with companies approved by Lender   The insurance policies and any renewals shall be held by Lender and shall include loss payable clauses in favor of, and in a form acceptable to, Lender

In the event of loss, Borrower shall give Lender immediate notice by mail   Lender may make proof of loss if not made promptly by Borrower   Each insurance company concerned is hereby authorized and directed to make payment for such loss directly to Lender, instead of to Borrower and to Lender jointly   All or any part of the insurance proceeds may be applied by Lender, at its option, either (a) to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts applied in the order in paragraph 3, and then to prepayment of principal, or (b) to the restoration or repair of the damaged Property   Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments which are referred to in paragraph 2, or change the amount of such payments   Any excess insurance proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto

In the event of foreclosure of this Security Instrument or other transfer of title to the Property that extinguishes the indebtedness, all right, title and interest of Borrower in and to insurance policies in force shall pass to the purchaser

5    **Occupancy, Preservation, Maintenance and Protection of the Property, Borrower's Loan Application, Leaseholds**   Borrower shall occupy, establish, and use the Property as Borrower's principal residence within sixty days after the execution of this Security Instrument (or within sixty days of a later sale or transfer of the Property) and shall continue to occupy the Property as Borrower s principal residence for at least one year after the date of occupancy, unless Lender determines that requirement will cause undue hardship for Borrower, or unless extenuating circumstances exist which are beyond Borrower's control   Borrower shall notify Lender of any extenuating circumstances   Borrower shall not commit waste or destroy, damage or substantially change the Property or allow the Property to deteriorate, reasonable wear and tear excepted   Lender may inspect the Property if the Property is vacant or abandoned or the loan is in default   Lender may take reasonable action to protect and preserve such vacant or abandoned Property   Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations

Borrower Initials _____ _____ _____ _____ _____ _____

FHA KANSAS MORTGAGE  MERS
KSMTGZ FHA  11/01/08                                    Page 3 of 8                        DocMagic *eForms* 800-649-1362
                                                                                           www docmagic com

concerning Borrower's occupancy of the Property as a principal residence  If this Security Instrument is on a leasehold, Borrower shall comply with the provisions of the lease  If Borrower acquires fee title to the Property, the leasehold and fee title shall not be merged unless Lender agrees to the merger in writing

  6   **Condemnation**  The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation or other taking of any part of the Property, or for conveyance in place of condemnation, are hereby assigned and shall be paid to Lender to the extent of the full amount of the indebtedness that remains unpaid under the Note and this Security Instrument  Lender shall apply such proceeds to the reduction of the indebtedness under the Note and this Security Instrument, first to any delinquent amounts applied in the order provided in paragraph 3, and then to prepayment of principal  Any application of the proceeds to the principal shall not extend or postpone the due date of the monthly payments, which are referred to in paragraph 2, or change the amount of such payments  Any excess proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto

  7   **Charges to Borrower and Protection of Lender's Rights in the Property**  Borrower shall pay all governmental or municipal charges, fines and impositions that are not included in paragraph 2  Borrower shall pay these obligations on time directly to the entity which is owed the payment  If failure to pay would adversely affect Lender's interest in the Property, upon Lender's request Borrower shall promptly furnish to Lender receipts evidencing these payments

  If Borrower fails to make these payments or the payments required by paragraph 2, or fails to perform any other covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, for condemnation or to enforce laws or regulations), then Lender may do and pay whatever is necessary to protect the value of the Property and Lender's rights in the Property, including payment of taxes, hazard insurance and other items mentioned in paragraph 2

  Any amounts disbursed by Lender under this paragraph shall become an additional debt of Borrower and be secured by this Security Instrument  These amounts shall bear interest from the date of disbursement at the Note rate, and at the option of Lender shall be immediately due and payable

  Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien, or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument  If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien  Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice

  8   **Fees**  Lender may collect fees and charges authorized by the Secretary

  9   **Grounds for Acceleration of Debt**

    (a)  **Default**  Lender may, except as limited by regulations issued by the Secretary in the case of payment defaults, require immediate payment in full of all sums secured by this Security Instrument if

      (i)  Borrower defaults by failing to pay in full any monthly payment required by this Security Instrument prior to or on the due date of the next monthly payment, or

      (ii)  Borrower defaults by failing, for a period of thirty days, to perform any other obligations contained in this Security Instrument

    (b)  **Sale Without Credit Approval**  Lender shall, if permitted by applicable law (including section 341(d) of the Garn-St Germain Depository Institutions Act of 1982, 12 U S C  1701j-3(d)) and with the prior approval of the Secretary, require immediate payment in full of all sums secured by this Security Instrument if

      (i)  All or part of the Property, or a beneficial interest in a trust owning all or part of the Property, is sold or otherwise transferred (other than by devise or descent), and

      (ii)  The Property is not occupied by the purchaser or grantee as his or her principal residence, or the purchaser or grantee does so occupy the Property, but his or her credit has not been approved in accordance with the requirements of the Secretary

Borrower Initials

(c) **No Waiver** If circumstances occur that would permit Lender to require immediate payment in full, but Lender does not require such payments, Lender does not waive its rights with respect to subsequent events

(d) **Regulations of HUD Secretary.** In many circumstances regulations issued by the Secretary will limit Lender s rights, in the case of payment defaults, to require immediate payment in full and foreclose if not paid This Security Instrument does not authorize acceleration or foreclosure if not permitted by regulations of the Secretary

(e) **Mortgage Not Insured** Borrower agrees that if this Security Instrument and the Note are not determined to be eligible for insurance under the National Housing Act within    60 DAYS from the date hereof, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument A written statement of any authorized agent of the Secretary dated subsequent to    60 DAYS                      from the date hereof, declining to insure this Security Instrument and the Note, shall be deemed conclusive proof of such ineligibility Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender s failure to remit a mortgage insurance premium to the Secretary

**10    Reinstatement** Borrower has a right to be reinstated if Lender has required immediate payment in full because of Borrower's failure to pay an amount due under the Note or this Security Instrument This right applies even after foreclosure proceedings are instituted To reinstate the Security Instrument, Borrower shall tender in a lump sum all amounts required to bring Borrower s account current including, to the extent they are obligations of Borrower under this Security Instrument, foreclosure costs and reasonable and customary attorneys' fees and expenses properly associated with the foreclosure proceeding Upon reinstatement by Borrower, this Security Instrument and the obligations that it secures shall remain in effect as if Lender had not required immediate payment in full However, Lender is not required to permit reinstatement if (i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two years immediately preceding the commencement of a current foreclosure proceeding, (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the lien created by this Security Instrument

**11    Borrower Not Released, Forbearance by Lender Not a Waiver** Extension of the time of payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy

**12    Successors and Assigns Bound, Joint and Several Liability, Co-Signers** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 9(b) Borrower s covenants and agreements shall be joint and several Any Borrower who co-signs this Security Instrument but does not execute the Note (a) is co signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument, (b) is not personally obligated to pay the sums secured by this Security Instrument, and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent

**13    Notices** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender Any notice to Lender shall be given by first class mail to Lender s address stated herein or any address Lender designates by notice to Borrower Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph

**14    Governing Law, Severability** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument

Borrower Initials

FHA KANSAS MORTGAGE - MERS
KSMTGZ FHA  11/01/08                                           Page 5 of 8                            DocMagic *eForms* 800 649 1362
                                                                                                      www docmagic com

or the Note which can be given effect without the conflicting provision  To this end the provisions of this Security Instrument and the Note are declared to be severable

**15  Borrower's Copy.** Borrower shall be given one conformed copy of the Note and of this Security Instrument

**16  Hazardous Substances** Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances on or in the Property  Borrower shall not do, nor allow anyone else to do, anything affecting the Property that is in violation of any Environmental Law  The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property

Borrower shall promptly give Lender written notice of any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge  If Borrower learns, or is notified by any governmental or regulatory authority, that any removal or other remediation of any Hazardous Substances affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law

As used in this paragraph 16, "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances  gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents  materials containing asbestos or formaldehyde, and radioactive materials  As used in this paragraph 16, "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection

**NON-UNIFORM COVENANTS** Borrower and Lender further covenant and agree as follows

**17  Assignment of Rents** Borrower unconditionally assigns and transfers to Lender all the rents and revenues of the Property  Borrower authorizes Lender or Lender's agents to collect the rents and revenues and hereby directs each tenant of the Property to pay the rents to Lender or Lender's agents  However, prior to Lender s notice to Borrower of Borrower s breach of any covenant or agreement in the Security Instrument, Borrower shall collect and receive all rents and revenues of the Property as trustee for the benefit of Lender and Borrower  This assignment of rents constitutes an absolute assignment and not an assignment for additional security only

If Lender gives notice of breach to Borrower  (a) all rents received by Borrower shall be held by Borrower as trustee for benefit of Lender only, to be applied to the sums secured by the Security Instrument, (b) Lender shall be entitled to collect and receive all of the rents of the Property, and (c) each tenant of the Property shall pay all rents due and unpaid to Lender or Lender' s agent on Lender's written demand to the tenant

Borrower has not executed any prior assignment of the rents and has not and will not perform any act that would prevent Lender from exercising its rights under this paragraph 17

Lender shall not be required to enter upon, take control of or maintain the Property before or after giving notice of breach to Borrower  However, Lender or a judicially appointed receiver may do so at any time there is a breach  Any application of rents shall not cure or waive any default or invalidate any other right or remedy of Lender  This assignment of rents of the Property shall terminate when the debt secured by the Security Instrument is paid in full

**18  Foreclosure Procedure  If Lender requires immediate payment in full under paragraph 9, Lender may foreclose this Security Instrument by judicial proceeding  Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this paragraph 18, including, but not limited to reasonable attorneys' fees and costs of title evidence, to the extent allowed by applicable law**

If the Lender's interest in this Security Instrument is held by the Secretary and the Secretary requires immediate payment in full under paragraph 9, the Secretary may invoke the nonjudicial power of sale provided in the Single Family Mortgage Foreclosure Act of 1994 ("Act") (12 U S C  3751 et seq ) by requesting a foreclosure commissioner designated under the Act to commence foreclosure and to sell the Property as provided in the Act  Nothing in the preceding sentence shall deprive the Secretary of any rights otherwise available to a Lender under this paragraph 18 or applicable law

**19  Release** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument  Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under applicable law

Borrower Initials _____  _____  _____  _____

FHA KANSAS MORTGAGE  MERS
KSMTGZ FHA  11/01/08                              Page 6 of 8                       DocMagic  800-649 1362
                                                                                    www docmagic com

**20   Waiver of Redemption**   Borrower waives all rights of redemption to the extent allowed by law

**21.   Riders to this Security Instrument**   If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument

[Check applicable box(es)]

☐ Condominium Rider                    ☐ Graduated Payment Rider         ☐ Growing Equity Rider
☐ Planned Unit Development Rider       ☐ Adjustable Rate Rider           ☐ Rehabilitation Loan Rider
☐ Non-Owner Occupancy Rider           ☐ Other [Specify]

BY SIGNING BELOW, Borrower accepts and agrees to the terms contained in pages 1 through 8 of this Security Instrument and in any rider(s) executed by Borrower and recorded with it

_____ (Seal)          _____ (Seal)
ANNETTE  E     JETER  SIPPLE  -Borrower          GARY  J.  SIPPLE               Borrower

_____ (Seal)          _____ (Seal)
                                -Borrower                                        -Borrower

_____ (Seal)          _____ (Seal)
                                -Borrower                                        -Borrower

Witness                                           Witness

_____                 _____

FHA KANSAS MORTGAGE - MERS
KSMTGZ FHA  11/01/08                    Page 7 of 8                    DocMagic eForms 800 649 1362
                                                                      www doomagic com



@A.
Home Savings of America
800 Apollo Street STE 244
El Segundo, CA
90245

$$ 22/16
$$ 36 00
$$ 369 75

8/

ORIG. - COMPARED
WITH RECORD
Grantor _____
Grantee _____
Condominium _____

**RECEIVED**

**JUL 2 8 2009**

**FUNDING**

———————————————— [Space Below This Line For Acknowledgment]————————————

State of Kansas

County of __SHAWNEE__ ) )

This instrument was acknowledged before me on _____ MARCH 10,  2009 _____

by __ANNETTE E   JETER SIPPLE   AND GARY J.  SIPPLE,__

WIFE AND   HUSBAND

_____

Signature of notarial officer

LORRAINE K JONES
MY COMMISSION EXPIRES
November 12 2009

OFFICIAL
SEAL

Notary Public

Title

(Seal)

My commission expires __11-12 2009__

After Recording Return To
HOME SAVINGS OF AMERICA
35 EAST BROADWAY
LITTLE FALLS, MINNESOTA 56345

———————————————— [Space Below This Line For Acknowledgment] ————————————————

State of Kansas

County of __SHAWNEE_____ )
                                      )

   This instrument was acknowledged before me on _____ MARCH 10, 2009 _____

by _ANNETTE E. JETER SIPPLE_____

_____

_____

                                  _____
                                  Signature of notarial officer


                                  _____
                                  Title

         (Seal)                   My commission expires: _____


After Recording Return To:
HOME SAVINGS OF AMERICA
35 EAST BROADWAY
LITTLE FALLS, MINNESOTA 56345

| FHA CASE NO |
| --- |
| 1812393854703 |

MARCH 10, 2009          EL SEGUNDO          CALIFORNIA
[Date]                  [City]              [State]

MIN  100442509010099251     **FHA NOTE**     Loan Number  3007000148

2508 SOUTHWEST STUTLEY COURT, TOPEKA, KANSAS 66614
[Property Address]



### 1.   PARTIES

"Borrower" means each person signing at the end of this Note, and the person's successors and assigns  'Lender" means
HOME SAVINGS OF AMERICA, A FEDERAL SAVINGS ASSOCIATION
and its successors and assigns

### 2   BORROWER'S PROMISE TO PAY, INTEREST

In return for a loan received from Lender, Borrower promises to pay the principal sum of  ONE HUNDRED
FORTY-TWO THOUSAND TWO HUNDRED TWENTY-SIX AND 00/100
Dollars (U S $ 142,226 00              ), plus interest, to the order of Lender  Interest will be charged on unpaid
principal, from the date of disbursement of the loan proceeds by Lender, at the rate of  FIVE AND 500/1000
                                      percent (5  500 %) per year until the full amount of principal has been paid

### 3   PROMISE TO PAY SECURED

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same
date as this Note and called the  Security Instrument '  That Security Instrument protects the Lender from losses which might
result if Borrower defaults under this Note

### 4   MANNER OF PAYMENT

(A)  Time
Borrower shall make a payment of principal and interest to Lender on the first day of each month beginning on
MAY 1, 2009                          Any principal and interest remaining on the first of
APRIL, 2039                          will be due on that date, which is called the maturity date
(B)  Place
Payment shall be made at 35 E  BROADWAY, LITTLE FALLS, MINNESOTA 56345

or at such other place as Lender may designate in writing by notice to Borrower

(C)  Amount
Each monthly payment of principal and interest will be in the amount of $ 807  54          This amount will be
part of a larger monthly payment required by the Security Instrument, that shall be applied to principal, interest and other items
in the order described in the Security Instrument

Borrower  Initials  _____  _____  _____  _____  _____  _____

FHA NOTE  KANSAS
KSFHA NTE 05/01/08                    Page 1 of 3                    DocMagic *eForms* 800 649 1362
                                                                    www docmagic com





**(D) Allonge to this Note for Payment Adjustments**

If an allonge providing for payment adjustments is executed by Borrower together with this Note, the covenants of the allonge shall be incorporated into and shall amend and supplement the covenants of this Note as if the allonge were a part of this Note [Check applicable box ]

☐ Growing Equity Allonge                 ☐ Graduated Payment Allonge

☐ Other [specify]

## 5  BORROWER'S RIGHT TO PREPAY

Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty, on the first day of any month

## 6  BORROWER'S FAILURE TO PAY

### (A)  Late Charge for Overdue Payments

If Lender has not received the full monthly payment required by the Security Instrument, as described in Paragraph 4(C) of this Note, by the end of fifteen calendar days after the payment is due, Lender may collect a late charge in the amount of FOUR AND 000/1000                      percent (     4 000   %) of the overdue amount of each payment

### (B)  Default

If Borrower defaults by failing to pay in full any monthly payment, then Lender may, except as limited by regulations of the Secretary in the case of payment defaults, require immediate payment in full of the principal balance remaining due and all accrued interest  Lender may choose not to exercise this option without waiving its rights in the event of any subsequent default  In many circumstances regulations issued by the Secretary will limit Lender's rights to require immediate payment in full in the case of payment defaults  This Note does not authorize acceleration when not permitted by HUD regulations  As used in this Note, "Secretary" means the Secretary of Housing and Urban Development or his or her designee

### (C)  Payment of Costs and Expenses

If Lender has required immediate payment in full, as described above, Lender may require Borrower to pay costs and expenses for enforcing this Note  Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note

## 7  WAIVERS

Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor  "Presentment" means the right to require Lender to demand payment of amounts due  "Notice of dishonor  means the right to require Lender to give notice to other persons that amounts due have not been paid

## 8  GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the property address above or at  a different address if Borrower has given Lender a notice of Borrower's different address

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at a different address if Borrower is given a notice of that different address

## 9  OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed  Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things  Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note  is also obligated to keep all of the promises made in this Note  Lender may enforce its rights under this Note against each person individually or against all signatories together  Any one person signing this Note may be required to pay all of the amounts owed under this Note

Borrower Initials _____  _____  _____  _____  _____

FHA NOTE  KANSAS
KSFHA NTE 05/01/08                  Page 2 of 3             DocMagic *eFarms* 800 649 1362
www docmagic com

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note

_____ (Seal)
ANNETTE E   JEPER SIPPLE        -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

*[Sign Original Only]*

FHA NOTE - KANSAS
KSFHA NTE 05/01/08                    Page 3 of 3          DocMagic eForms 800 649 1362
                                                          www.docmagic.com



# Home Savings
### LLONGE
of America

Home Savings Loan # 3007000148
Investor CHASE
Investor Loan # D11179

Borrower(s) ANNETTE E JETER SIPPLE

Property Address 2508 SOUTHWEST STUTLEY COURT
TOPEKA KANSAS 66614

Note/Loan Amount $ 142 226 00

Note/Loan Date MARCH 10 2009

PAY TO THE ORDER OF
JP MORGAN CHASE BANK N A
Without Recourse

HOME SAVINGS OF AMERICA A FEDERAL SAVINGS ASSOCIATION

By _____
AMBER BARON                INVESTOR SALES SPECIALIST
Name                               Title

### MIDFIRST BANK
Pay to the Order of
Without Recourse
JPMorgan Chase Bank, NA
By _____
Michelle Gardner, Assistant Treasurer

35 East Broadway Little Falls, MN 56345   Phone 320-632 5461   Fax 320 632-5463   Website www homesavingsofamerica com



1833486062120920090324131