IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY SIPPLE, *et al.*,                    )
                         Plaintiffs,      )
                                          )
v.                                        )          Case No. 2:22-cv-04049-EFM-KGG
                                          )
MICHAEL ZEVITZ, *et al.*,                 )
                         Defendants.      )
_____)

**ENTRY OF APPEARANCE**

First Assistant Attorney General/Sr. Trial Counsel Shon D. Qualseth and Assistant
Attorney General Milesha Segun hereby enter their appearance as counsel of record for
Defendants, Honorable Teresa L. Watson and Honorable Mary Christopher.

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
KRIS W. KOBACH

/s/Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
First Assistant Attorney General/Sr. Trial
Counsel
Milesha Segun, KS No. 28290
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Phone: (785)-368-8428
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov
         milesha.segun@ag.ks.gov
*Attorneys for Defendants Watson & Christopher*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent electronic notice to counsel of record, and by US Mail, postage prepaid as follows:

Gary Sipple
P O Box 67711
Topeka, KS  66667


and

Annette Jeter-Sipple
2831 SW 31st Court, Apt. 206
Topeka, KS  66614

*Plaintiffs Pro se*

*/s/ Shon D. Qualseth*
Shon D. Qualseth
