IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY SIPPLE, *et al.*,            )
          Plaintiffs,    )
                              )
v.                            )    Case No. 23-CV-04038
                              )
MICHAEL ZEVITZ, *et al.,*          )
          Defendants.    )
_____)

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2 of the United States District Court, District of Kansas, it is hereby ordered that the Defendants, Honorable Teresa Watson and Honorable Mary Christopher, be given an additional fourteen (14) days in which to answer or otherwise plead to Plaintiffs Complaint (Doc. 1). This is Defendants' first request for an extension with respect to Plaintiffs Complaint. Defendants' time to answer or otherwise plead has not expired. Plaintiffs served their Complaint on Defendant Christopher on May 22, 2023. Pursuant to Fed. R. Civ. P. 12, Defendant Christopher's current deadline to answer or otherwise plead is June 12, 2023. Plaintiffs served their Complaint on Defendant Watson on May 23, 2023. Pursuant to Fed. R. Civ. P. 12, Defendant Watson's current deadline to answer or otherwise plead is June 13, 2023. The answer or other responsive pleading for Defendants Watson and Christopher are now due on or before June 26, 2023.

      IT IS SO ORDERED.

Dated: this 25th day of May, 2023.

                                          Clerk of the U.S. District Court
                                          For the District of Kansas

                                          /s/ Jeffrey S. Hokanson, Deputy Clerk
                                          By: Deputy Clerk

Prepared by:

OFFICE OF THE ATTORNEY GENERAL
KRIS W. KOBACH

/s/Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
First Assistant Attorney General/Sr. Trial Counsel
Milesha Segun, KS No. 28290
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Phone: (785)-368-8428
Fax: (785) 291-3767
Email: *shon.qualseth@ag.ks.gov*
      *milesha.segun@ag.ks.gov*
*Attorneys for Defendants Watson & Christopher*