ELECTRONICALLY FILED
2023 Jan 12 PM 1:24
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201



**Court:** Shawnee County District Court

**Case Number:** 2022-CV-000201

**Case Title:** MidFirst Bank c/o Midland Mortgage vs. Annette E Jeter Sipple, et al.

**Type:** Journal Entry of Judgment of Foreclosure

SO ORDERED.

/s/ Honorable Mary E Christopher, District Judge

Electronically signed on 2023-01-12 13:24:13   page 1 of 6



EXHIBIT C

**IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS**
**CIVIL DEPARTMENT**

| | |
|---|---|
| MidFirst Bank | ) |
| | ) Case No. 2022-CV-000201 |
| Plaintiff, | ) |
| | ) Court Number: |
| vs. | ) |
| | ) Title to Real Estate Involved |
| Annette E. Jeter Sipple; Gary J. Sipple; State of Kansas, | ) |
| Department for Children and Families; Annette Evon Jeter | ) |
| Trust, a Charitable Trust; Annette Evon Jeter Sipple, as | ) |
| Trustee of the Annette Evon Jeter Trust, a Charitable Trust, et al. | |
| Defendant(s). | |

## JOURNAL ENTRY OF JUDGMENT OF FORECLOSURE

Pending before the Court is Plaintiff's Motion for Summary Judgment filed on September 12, 2022. No party has responded to the Motion for Summary Judgment and, as expressed below, Plaintiff's Motion for Summary Judgment is GRANTED.

The Court examines the pleadings and files in the above-entitled cause and finds that each of the Defendant(s) has been served, or has otherwise voluntarily entered their appearances, and the method of service is approved by the Court. Annette E. Jeter Sipple (served May 6, 2022); Gary J. Sipple (served May 6, 2022); State of Kansas, Department for Children and Families (served April 11, 2022); Annette Evon Jeter Trust, a Charitable Trust (served May 6, 2022); Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust (served May 6, 2022). No defendant is subject to the provisions of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members Civil Relief Act of 2003.

The Court notes that Defendant Gary Jerome Sipple and Defendant Annette Evon Jeter-Sipple filed a purported "Defendant's Notice of Filing Notice of Removal" (defined as "Removal Notice") on May 12, 2022, but that such defendants never actually filed anything in the U.S. District Court for the District of Kansas and, accordingly, the Removal Notice is a legal nullity and has no force or effect and in no way divested the Court of jurisdiction to hear this case.

The Court makes the following findings of fact:

1. Proper service has been had upon all of the parties named in the Petition and this Court is the proper venue to hear this matter. The Court has jurisdiction over the parties and subject matter of the litigation. Further, the time to answer or otherwise plead to the Petition has expired as to each and all of the Defendant(s).

2. Plaintiff has exercised reasonable diligence in ascertaining the residence of the defendants served by publication, proper Notice of Suit was published in *The Topeka Metro News*, and the publication is approved by the Court.

3. By virtue of the promissory note (the "Note") marked Exhibit "A" and Mortgage (the "Mortgage"), marked Exhibit "B" as attached to Plaintiff's Petition, there is due and owing to Plaintiff the following amounts, plus interest on the principal from November 1, 2019 at the contract rate of 3.5% until the date of judgment, and continuing thereafter at said contract rate pursuant to KSA §16-205 (b)(1) until paid in full, subject to K.S.A. § 60-2414:

| Unpaid Principal Balance | $119,336.44 |
|---|---|
| Interest @ 3.5% (from 11/1/19 – 10/14/22) ($11.4432 per diem) *continuing to accrue until the date of judgment* | $12,330.86 |
| Uncollected Late Charges | $121.42 |
| Escrow Advanced | $11,041.76 |
| Property Inspection/Maintenance | $690.00 |
| Attorney Fees Total: | $5,052.00 |

Costs of this action pursuant to K.S.A. § 60-2001 including costs of any Sheriff's Sale of the Property:

| Petition filing fee | $197.00 |
|---|---|
| Process and service fees | $205.00 |
| Priority mail | $35.55 |
| First class mail | $6.89 |
| Publication costs – Notice of Suit | $200.00 |
| Subsequent title report | $55.00 |
| Motion for Summary Judgment filing fee | $197.00 |

4. The Note is secured by a Mortgage which is a first and prior lien on the following described real property:

**LOT 10, BLOCK A, WEST INDIAN HILLS SUBDIVISION NO. 2, IN SHAWNEE COUNTY, KANSAS**, commonly known as 2508 SW Stutley Ct, Topeka, KS 66614 (the "Property").

5. The redemption period shall be 3 months from the date of sale.

6. Following the Sheriff's sale, and any applicable redemption period, Annette E. Jeter Sipple; Gary J. Sipple; State of Kansas, Department for Children and Families; Annette Evon Jeter Trust, a Charitable Trust; Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust are forever barred from claiming any right, title or interest in and to the Property.

7. Plaintiff is holder of the Note and owner of the Mortgage. Plaintiff's Mortgage should be declared a first and prior lien against the Property. Plaintiff's Mortgage should be foreclosed. The Court should order and direct the sale of the Property according to law for the satisfaction of the money judgment due Plaintiff.

IT IS CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT that the findings are made the orders of this Court.

IT IS FURTHER BY THE COURT ORDERED that Plaintiff have and recover an *in rem* judgment against the property interest of all defendants, including but not limited to Annette E. Jeter Sipple; Gary J. Sipple; State of Kansas, Department for Children and Families; Annette Evon Jeter Trust, a Charitable Trust; Annette Evon Jeter Sipple, as Trustee of the Annette Evon Jeter Trust, a Charitable Trust for the following amounts, plus interest on the principal from November 1, 2019 at the contract rate of 3.5% until the date of judgment, and continuing thereafter at said contract rate pursuant to K.S.A. § 16-205 (b)(1) until paid in full, subject to K.S.A. § 60-2414:

| | |
|---|---|
| Unpaid Principal Balance | $119,336.44 |
| Interest @ 3.5% (from 11/1/19 – 10/14/22) ($11.4432 per diem) *continuing to accrue until the date of judgment* | $12,330.86 |
| Uncollected Late Charges | $121.42 |
| Escrow Advanced | $11,041.76 |
| Property Inspection/Maintenance | $690.00 |
| Attorney Fees Total: | $5,052.00 |

File No. 178838  
Case No. 2022-CV-000201

3

It Is Further By The Court Ordered that the costs of this action, including the costs of any Sherriff's Sale of the property, are awarded to Plaintiff pursuant to K.S.A. § 60-2001, *et seq.*, including but not limited to the following:

| Petition filing fee | $197.00 |
| --- | --- |
| Process and service fees | $205.00 |
| Priority mail | $35.55 |
| First class mail | $6.89 |
| Publication costs – Notice of Suit | $200.00 |
| Subsequent title report | $55.00 |
| Motion for Summary Judgment filing fee | $197.00 |

Plaintiff is also granted judgment for any sums advanced or to be advanced by the Plaintiff prior to the date of sale for real estate taxes and hazard insurance premiums, property preservation costs, and the costs of the sale, including publication charges, and fees and costs advanced in a bankruptcy proceeding from the date of this judgment to the date of sale. These judgments are to bear interest at the contract rate pursuant to K.S.A. §16-205(b)(1) until paid in full, subject to K.S.A. § 60-2414.

It Is Further By The Court Ordered that unless these judgments are satisfied within fourteen days from the date of this order, on any interested party's request an Order of Sale shall issue on the judgments of foreclosure ordering the Sheriff of Shawnee County, Kansas, to sell the Property. After the sale, the Sheriff shall issue a Certificate of Purchase to the purchaser of the Property which shall entitle the purchaser to a Sheriff's Deed covering the Property at the expiration of 3 months from the date of sale, subject to redemption as provided by law. The proceeds derived from the foreclosure sale shall be applied as follows:

**1st.** To the payment of the costs of this action including the costs of sale;
**2nd.** To the payment of any real property taxes that may be due and payable at the date of sale.
**3rd.** To the payment of Plaintiff's judgment with interest, accrued late charges, costs, and expenses;
**4th.** The residue, if any, to be paid to the Clerk of the District Court of Shawnee County, Kansas, to await the further order of this Court.

IT IS FURTHER BY THE COURT ORDERED that from and after the sale, and once the sale is confirmed, and upon the failure of the Defendant(s) to redeem in accordance with law, then each and all of the Defendant(s) shall be barred and foreclosed from all right, title, interest or equity of redemption with respect to the Property.

IT IS FURTHER BY THE COURT ORDERED that once the sale is concluded and confirmed, the Sheriff of Shawnee County, Kansas, is ordered and directed to execute and deliver to the purchaser at the sale a Certificate of Purchase containing the recitals required by law, and after the period of redemption set forth above, if the Property is not redeemed, then the Sheriff of Shawnee County, Kansas, shall execute and deliver to the holder of the Certificate of Purchase, or assigns, a good and sufficient Sheriff's Deed conveying the Property to the purchaser or assigns.

IT IS FURTHER BY THE COURT ORDERED that upon expiration of the redemption period and request of the then current holder of the Certificate of Purchase, a Writ of Assistance shall issue to the Sheriff of Shawnee County, Kansas, ordering and directing the Sheriff to place the holder of the Sheriff's Deed in the possession of the Property and improvements.

IT IS FURTHER BY THE COURT ORDERED that Plaintiff, its agents and employees, shall be authorized to release information and otherwise communicate with third parties regarding the debt and the Property, all in conformity with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b).

**IT IS SO ORDERED** effective as of the date and time reflected on the electronic file stamp.

Prepared and Submitted By:

SouthLaw, P.C.

/s/ William H. Meyer
William H. Meyer     KS 18142
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 (Fax)
William.Meyer@Southlaw.com
*Attorneys for Plaintiff*

File No. 178838                              5
Case No. 2022-CV-000201