ELECTRONICALLY FILED
2023 Jan 23 AM 11:48
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201



**Court:** Shawnee County District Court

**Case Number:** 2022-CV-000201

**Case Title:** MidFirst Bank c/o Midland Mortgage vs. Annette E Jeter Sipple, et al.

**Type:** ORDER

SO ORDERED.

/s/ Honorable Teresa L Watson, District Court Judge

Electronically signed on 2023-01-23 11:48:24   page 1 of 3

**EXHIBIT D**

### IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
### DIVISION THREE

MIDFIRST BANK C/O MIDLAND MORTGAGE,

    Plaintiff

Case No. 2022-CV-201

ANNETTE E JETER SIPPLE, et al,

    Defendants

### ORDER

The above captioned case is transferred to Division 3, Honorable Teresa L. Watson. The Court has considered the numerous filings by Annette E. Jeter Sipple dated January 12, 13, and 17, 2023. They do not appear to request or require any action by the Court relevant to the underlying mortgage foreclosure action. To the extent they may be so interpreted, such request is denied.

This order is effective on the date and time shown on the electronic file stamp.

IT IS SO ORDERED.

                            HON. TERESA L. WATSON
                            DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was filed electronically providing notice to counsel of record, and placed in the U.S. mail to:

Annette E. Jeter Sipple
2508 SW Stutley Court
Topeka, KS. 66614-4767
*Defendant*

Gary Sipple
2508 SW Stutley Court
Topeka, KS. 66614-4767
*Defendant*

/s Angela Cox
Administrative Assistant

2