ELECTRONICALLY FILED
2023 Feb 06 AM 10:53
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201



**Court:** Shawnee County District Court

**Case Number:** 2022-CV-000201

**Case Title:** MidFirst Bank c/o Midland Mortgage vs. Annette E Jeter Sipple, et al.

**Type:** ORDER

SO ORDERED.

/s/ Honorable Teresa L Watson, District Court Judge

Electronically signed on 2023-02-06 10:51:34    page 1 of 3

EXHIBIT E

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION THREE

MIDFIRST BANK C/O MIDLAND
MORTGAGE,

                Plaintiff

                                       Case No. 2022-CV-201

vs.

ANNETTE E. JETER SIPPLE, et al.,

                Defendants

## ORDER

This is a mortgage foreclosure action. A Journal Entry of Judgment of Foreclosure was filed on January 12, 2023. The Court has considered the motion to dismiss filed by Defendant Annette E. Jeter Sipple dated January 24, 2023, as well as other filings by her and Defendant Gary J. Sipple dated January 24, 26, and February 2, 2023. The motion to dismiss is without merit and is denied. The other filings do not appear to require any action by the Court relevant to the underlying mortgage foreclosure action. To the extent they may be so interpreted, any request for action is denied.

This order is effective on the date and time shown on the electronic file stamp.

IT IS SO ORDERED.

                                                            HON. TERESA L. WATSON
                                                            DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was filed electronically providing notice to counsel of record, and placed in the U.S. mail to:

Annette E. Jeter Sipple
Annette Evon Jeter Trust, a Charitable Trust
Annette Jeter Sipple, as Trustee of the Annette Evon Trust
PO Box 67711
Topeka, KS. 66667
*Defendant*

Gary J. Sipple
PO Box 67711
Topeka, KS. 66667
*Defendant*

/s Angela Cox
Administrative Assistant