


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FEB 13 2023

Clerk, U.S. District Court
By: [signature] Deputy Clerk

ANNETTE JETER - SIPPLE

GARY SIPPLE

(Enter above the full name of the ~~Plaintiff~~(s) Defendant

vs.

Case Number 23-4013-EFM-RES

MIDFIRST BANK/ MIDLAND MORTGAGE
Name
999 NW GRAND BLVD
Street and number
Oklahoma City, Oklahoma. 73118
City State ZipCode

Plaintiff

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Annette Jeter - Sipple

Address P.O. Box 67711 Topeka, Kansas 66667

Gary Sipple

P.O. Box 67711 Topeka, Kansas 66667



(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant SHARI ASHNER is employed at Southlaw, P.C. Attorney

C. Additional Defendants WILLIAM H, MEYER Southlaw P.C. Attorney

TERESA LYNN, WATSON. District Court Judge

MARY ELLEN CHRISTOPHER District Court Judge

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of Kansas.
2. The first-named defendant above is either
   a. a citizen of the State of ____________; or
   b. a corporation incorporated under the laws of the State of Oklahoma and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of Kansas; or
   b. a corporation incorporated under the laws of the State of ____________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

Continuation of Defendants Jurisdiction

WILLIAM H, MEYER is a citizen of the State of Kansas.

Office located at: Southlaw P.C. 13160 Foster STE 100, Overland Park, Kansas 66213

TERESA LYNN, WATSON is a citizen of the State of Kansas.

Office located at: 200 SE 7th St. Rm 324, Topeka, Kansas 66603

MARY ELLEN, CHRISTOPHER is a citizen of the State of Kansas.

Office located at: 200 SE 7th St, Rm 322 Topeka, Kansas 66603.

SHARI ASHNER is a citizen of the State of Kansas.

Office located at: Southlaw P.C. 13160 Foster STE 100, Overland Park, Kansas 66213

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article 1, Section 8; Statute, US Code, Title 15, Section 1692c.

☑ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Article 4 due process, and equal protection

Article 3 section 2 and 3, Article 4 section 3

Article 6 section 2 and 3

Title 15 U.S.C. 1692b, 15 U.S.C. 1692e

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

1. Defendant SHARI ASHNER on 3-28-2022, started lawsuit proceedings exhibit 1, and 1a establishes the violation against Plaintiffs without consent. Causing Plaintiffs damages per newspaper filings, pain and suffering 40,000 dollars.

2. Defendant SHARI ASHNER never established Subject Matter Jurisdiction, territorial Jurisdiction, or Extraterritorial Jurisdiction causing Plaintiffs 1,000,000 dollars,

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Continuation of Civil Complaint

in damages.

3. Defendant SHARI ASHNER filed this suit based on a fictitious Plaintiff, MIDFIRST BANK/ MIDLAND MORTGAGE cannot be crossed examined in this or any court of law. As well as Identity theft violation. This action under the National Currency Act sections 27, 28, and 53 states banks can't loan credit, money, or hold a note. Also an assignment of the mortgage without an assignment of the debt creates no right in the assignee. Defendants have yet to show Plaintiffs, the original contract with a BONA FIDE signature. There has also not been shown proof of possession of the original note, with Plaintiffs BONA FIDE signatures, creating possibly false statements. Defendant has failed To produce the documentation for the loan the forensic audit of the account, accounts receivable, and accounts payable, both sides of the ledger, GAAP reporting, 424B5 perspective, a Basil 3 report, and your CLERK PR-AXIS, Your E.I.N completed on IRS form W-9, application 1023, your 5 digit

identifier assigned to do business by the Department of Defense Logistic Agency and are assigned in the System for Award Management (SAM). And those GSA Bonds. The Penal Sum, PNZ a trust on the case, and any Superior liens you may have. Also Plaintiffs require all rights to Subrogation of all bonds, and interest. Defendant brought Plaintiffs into a public commercial transaction, without Plaintiffs Express Bona Fide written or implied consent. Defendant is a 3rd party debt collector. Damages to Plaintiffs for intentional infliction of emotional distress 5,000,000.00 dollars.

4. Further Plaintiff states Defendant SHARI ASHNER failed in her Duty to Confer to the Paintiffs. We have received no correspondence at all from Defendants. Per exhibit 2 email attachments. Totally violating our Due Process Rights, and Equal Protection damaging Plaintiffs defense of the matter at hand

causing damages to Plaintiffs opportunity to fight this case. Inflicting more emotional suffrage and undue stress 5,000,000.00 dollars.

5. Plaintiffs sent Defendant SHARI ASHNER a Judicial Notice of Liabilty: Attorney no Authority as defined in The Judiciary Act of 1789.

And a Bill as to the violations she made. Plaintiffs got no response. Per exhibits 3 and 4, because of damages Defendant caused. Plaintiffs damages are 28,000 dollars per the invoice.

6. Defendant WILLIAM H MEYER took over the case June 8, 2022, which Defendant recieved Plaintiffs filings per email acknowledgment exhibit 2 but did not respond to any of them and slandered Plaintiff by referring to Plaintiffs filings as sovereign citizen styled, whatever that is. Again Plaintiffs Due Process Rights, as well as Equal Protection of the Law has been violated

The Department of State has to be notified of any suit. (FOREIGN

SOVEREIGN IMMUNITIES ACT), allows the jurisdiction of a court to be challenged, and demand proper jurisdiction be stated. No Jurisdiction has been established and Defendants have yet to establish any damaging Plaintiffs ability to defend. Again causing Plaintiffs damage in the amount of 1,000,000.00 dollars, for undue pain and suffering.

7. Defendant William H, Meyer has yet to show Plaintiffs a copy of the original mortgage contract with Plaintiffs Bona Fide signature and not copies. Respond to Plaintiffs Notice and Demand for Full Disclosure. Which leads Plaintiff to believe Defendant WILLIAM H, MEYER is engaging in theft by deception which becomes criminal as well as numerous Constitutional violations S.E.C. violations, and C.F.P.B. violations as well. Plaintiffs damages come from lack of full disclosure 5,000,000.00 dollars

8. Defendant WILLIAM H, MEYER could not have read Plaintiffs Motion for Discovery if he had Defendant would have seen the letter from the Kansas

State Tresury stating the property at 2508 SW Stutley Court was an unclaimed Property and Plaintiff had rights to claim it. Along with our newspaper article inquiring if someone had claim to the property. And a non-response exhibit's 5, and 6. Damaging Plaintiff further by law, Plaintiffs did the lawful procedure by Kansas statutes. Plaintiffs damages 5,000.00 dollars

9. Defendant TERESA LYNN WATSON Judge allowed court to commence Although NO consent to the Plaintiffs was on record, no Duty to Confer with Plaintiffs was established, and had court literally without Plaintiffs knowledge nor was jurisdiction established. Plaintiffs then filed a judicial notice of liability for Judge Teresa Lynn, Watson. Plaintiffs Due process of Law rights were violated, Equal protection of the Law. Plaintiff's did not get an opportunity to defend against these false claims. Plaintiffs filed Judicial Notice of Liability, Judge Teresa Lynn, Watson was

replaced then returned 12/8/2022 to futher the crime of theft by deception. Further damaging Plaintiff by continuing to foreclose on Plaintiffs, private property. Causing Plaintiffs damages of 142,000 dollars, for emotional distress, pain, and mental anguish.

10. Defendant Mary Ellen Christopher Judge, although Plaintiffs filed a Judicial Notice of Liability 12/12/2022, Defendant had a court proceeding without Plaintiffs knowledge and per Defendants letter dated 1/4/2023 it Didn't matter Defendant was gonna dismiss it anyway. Totally violating Plaintiff's Due process, as well as Equal protection of the law. To make matters worse Defendant Administered or attempted to Administer the ANNETTE EVON JETER TRUST, naming Plaintiff as the trustee knowingly and willingly violating trust laws. Now Plaintiff is not sure if Defendant created a trust for this case, and as I understand it the court clerk creates a

trust assigns it. to a Judge making them the trustee and Plaintiffs being the beneficiary of said trust, and if so this case should have been dismissed with prejudice. But as of 2/6/2023 the case is still moving forward. Damaging Plaintiffs further with Defendants negligent authority. 5,000,000.00 dollars, causing even more emotional pain and injury.

In Summation: MIDFIRST BANK/ MIDLAND MORTGAGE is not even registered to do business in the state of Kansas per the secretary of State, it cannot be cross examined, and they've produced no original documentation with a Bona Fide signature of Plaintiffs, only copies of perhaps forged documents, and false claims. Southlaw P.C. and it's attorneys William H, Meyer and Shari Ashner are debt collectors, third party entities in this case their involvement would be considered hearsay inadmissible in a court of Law.

Judge Mary Ellen Christopher violated her duties as a Judge, by not establishing subject matter jurisdiction, territorial jurisdiction, extraterritorial jurisdiction, duty to confer, consent from the Plaintiffs. Defendant Judge Mary

Ellen Christopher just did not do her job per the Constitution we all abide by its a travesty of Justice.

Judge Teresa Lynn, Watson didn't do any better lacking jurisdiction, consent to sue, duty to confer, due process, or equal protection of the laws. Again a travesty of Justice. Plaintiffs seek damages for all the violations stated in this complaint.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X] No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes [X] No [ ]

VII. Do you claim punitive monetary damages? Yes [X] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

1. For the Constitutional violations they caused Plaintiffs, Defendants literally denied Plaintiffs life, liberty, and the pursuit of happiness. For those damages Plaintiffs seek Compensatory Damages in the amount of 11,215,000 dollars

Punitive Damages; 10,000,000.00 dollars

Injunctive Relief; immediate dismissal of Defendants foreclosure actions.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [ ] No [X]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

______________________________________________

______________________________________________

______________________________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Plaintiffs haven't had a voice in this whole procedure, we are and have been totally overwhelmed by these Defendants actions, and non - responses. Per Plaintiffs email to the Court

IX. Related Litigation:

Please mark the statement that pertains to this case:

[✔] This cause, or a substantially equivalent complaint, was previously filed in this court as case number 2022-CV-000201 and assigned to the Honorable Judge TERESA L, WATSON.

[ ] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

by: Annette Jeter Sipple beneficiary
Signature of Plaintiff
by: Gary Sipple Beneficiary
Annette Jeter - Sipple, Gary Sipple
Name (Print or Type)

P.O. Box 67711
Address

UCC - 1 - 308
All Rights Reserved

| Topeka, | Kansas | 66667 |
|---|---|---|
| City | State | Zip Code |

785-845-0103 816-616-9977
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☐ Kansas City , or ☒ Topeka} , Kansas as the location for the trial in this matter.
(Select One)

Gary Sippel
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

by: Annette Sippel beneficiary
Signature of Plaintiff
Gary Sippel Beneficiary
UCC 1-308
All Rights Reserved

Dated: 2-13-2023
(Rev. 10/15)

SNCO KS DISTRICT COURT
2023 JAN 17 AM9:23:50

**NO. 2022-CV-000201**

| | | |
|---|---|---|
| **MIDFIRST BANK/MIDLAND MORTGAGE** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **ANNETTE JETER-SIPPLE** | § | |
| **Aggrieved Respondent.** | § | **OF SHAWNEE COUNTY, KANSAS** |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

TO: William H, Meyer
Southlaw P.C
13160 Foster StUnit100, Overland Park, Kansas, 66213

Please take notice that on January 17th, 2023, **ANNETTE JETER-SIPPLE** Aggrieved Respondent in the above-entitled action, filed Notice of Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Northern District of Kansas.

You are also advised that Aggrieved Respondent, on filing such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of KANSAS, , also filed copies thereof with the Clerk of the District Court of Shawnee County, Kansas to effect removal pursuant to 28 U.S.C. §1446(d).

Dated: ______________________

Respectfully submitted,
Annette Jeter-Sipple

By: [signature]
U.C.C. 1-308 ALL RIGHTS RESERVED
E-Mail: Sippnu@gmail.com
P.O. Box 67711
Near Topeka, Kansas Republic [66667]

- Authorized Representative for

ANNETTE JETER-SIPPLE ESTATE



**CERTIFICATE OF SERVICE**

I certify that on January 17th, 2023, a true and correct copy of Defendant's Notice of Removal was served by mail on William H, Meyer 13160 Foster St Unit 100, Overland Park, Kansas 66213.

U.C.C. 1-308 ALL RIGHTS RESERVED

2

**AFFIDAVIT**

STATE KANSAS §
§
COUNTY __Shawnee__________ §

I, U.C.C. 1-308 ALL RIGHTS RESERVED, being first duly sworn, depose and say that I served the foregoing Notice and a copy of the Notice of Removal therein mentioned on Aaron R, Bailey, attorney of record for Plaintiff MIDFIRST BANK/ MIDLAND MORTGAGE in Cause No. 2022-CV-000201, filed in the District Court of Shawnee County, Kansas by mail on January 17th, 2023.

by: Annette [signature]

U.C.C. 1-308 ALL RIGHTS RESERVED
Authorized Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** on 1/16/23, by
________________________.

Notary Public, State of Kansas [signature]

ARLESIA DIANNE JOHNSON
Notary Public - State of Kansas
My Appointment Expires 7/14/25