IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANNETTE JETER-SIPPLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-4038-HLT-RES |
| | ) |
| MICHAEL L. ZEVITZ, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF SERVICE OF RESPONSE
TO PLAINTIFF'S MAY 17, 2023 DISCOVERY REQUESTS**

Defendants Michael L. Zevitz and William H. Meyer provide notice to the Court that their Response to Plaintiff's May 17, 2023 Discovery Requests was served on this 31st day of May, 2023, to the following parties:

| | |
|---|---|
| Annette Jeter-Sipple and Gary Sipple | via email at sippnu@gmail.com |
| Annette Jeter-Sipple and Gary Sipple<br>2508 SW Stutley Ct<br>Topeka, KS 66614-4767 | First Class U.S. Mail |
| Annette Jeter-Sipple and Gary Sipple<br>P.O. Box 67711<br>Topeka, KS 66667 | First Class U.S. Mail |
| Annett Jeter-Sipple<br>2831 SW 31st Court, Apt. 206<br>Topeka, KS 66614 | First Class U.S. Mail |

Respectfully submitted by,
SOUTHLAW, P.C.

/s/     *William H. Meyer*
William H. Meyer     KS 18142
13160 Foster Street, Suite 100
Overland Park, Kansas 662213
(913) 663-7639
William.Meyer@SouthLaw.com
Counsel for Defendants Zevitz and Meyer

## CERTIFICATE OF SERVICE

We certify that a copy of <u>Defendants Notice of Service of Response to Plaintiff's May 17, 2023 Discovery Requests</u> was served on those identified below by electronic mail (and as otherwise indicated below) on May 31, 2023:

Annette Jeter-Sipple and Gary Sipple
via email at sippnu@gmail.com
Plaintiffs

Annette Jeter-Sipple and Gary Sipple
2508 SW Stutley Ct
Topeka, KS 66614-4767
First Class U.S. Mail
Plaintiffs

Annette Jeter-Sipple and Gary Sipple
P.O. Box 67711
Topeka, KS 66667
First Class U.S. Mail
Plaintiffs

Annett Jeter-Sipple
2831 SW 31st Court, Apt. 206
Topeka, KS 66614
Plaintiffs

Shon D. Qualseth
Shon.qualseth@ag.ks.gov
Milesha Segun
Milesha.segun@ag.ks.gov
Counsel for Defendants Judge Watson
and Judge Christopher

/s/     *William H. Meyer*
William H. Meyer