# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARY SIPPLE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case. No. 23-cv-04038-HLT-RES |
| ) | |
| MICHAEL ZEVITZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Hon. Teresa L. Watson and Hon. Mary Christopher ("Defendant State Judges") respectfully request, through Assistant Attorneys General Milesha N. Segun and Shon D. Qualseth, that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Milesha N. Segun*
Milesha N. Segun, KS No. 28290
Assistant Attorney General
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
shon.qualseth@ag.ks.gov
milesha.segun@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for the Defendant State Judges*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

William H. Meyer
SouthLaw, PC – OP
13160 Foster, Suite 100
Overland Park, KS 66213
william.meyer@southlaw.com
*Attorney for Defendants Zevitz and Meyer*

Jonathan C. Brzon
Shawnee County Counselor's Office
707 SE Quincy Street, Room 310
Topeka, KS 66603
jonathan.brzon@snco.us
*Attorney for Defendant Beck*

      I also certify that a copy of the above will be served on the 27th day of June, 2023, by means of first-class mail, postage prepaid, addressed to:

Annette Jeter – Sipple
2508 SW Stutley Ct.
Topeka, KS 66614-4767
First Class U.S. Mail
*Plaintiff, pro se*

Gary Sipple
P.O. Box 67711
Topeka, KS 6667
First Class U.S. Mail
*Plaintiff, pro se*

                                       */s/ Milesha N. Segun*
                                       Milesha N. Segun
                                       Assistant Attorney General