IN THE UNITED STATES DISTRICT COURT

FOR  THE  DISTRICT  OF  KANSAS

**FILED**

**JUN 29 2023**

Clerk, U.S. District Court
By: _N. Ann_ Deputy Clerk

| | |
|---|---|
| **In re: Annette - Jeter : Sipple** | No. |
| **Gary - J : Sipple.** | VERIFIED PETITION FOR TEMPORARY EMERGENCY INJUNCTION |
| Real Party In Interest (jus Personarum) | |
| **ANNETTE JETER SIPPLE** | HEARING DEMANDED |
| **GARY J SIPPLE** | |
| infant/ minor | |
| COMPLAINANT, | |
| v. | |
| Michael L. Zevitz, | |
| William H, Meyer, | |
| Shari Ashner, | |
| Teresa L, Watson, | |
| Mary Christopher, | |
| Cyndi Beck | |
| Respondent. | |

CASE NO. 23 - 4038 - HLT-RES

VERIFIED  PETITION  FOR  TEMPORARY  INJUNCTION

Annette Jeter Sipple, Gary J, Sipple natural living woman / man of Majority status not as incorrectly

styled on your documents in this matter as " **ANNETTE JETER SIPPLE, GARY SIPPLE",** in all

capital letters. Complainants appear specially and expressing the trust, and not generally, and here only in

the capacity of the Principal and Beneficial Equitable Title Holder, and not an infant / minor, hereinafter we Complainants petitions this Honorable Court to issue a permanent Injunction / Relief / Restitution and in support therefore states:

## JURISDICTIONAL ALLEGATIONS

1. This is an action for temporary injunction.

2. Defendants are a corporate agents acting under license issued by a State of the United States, Kansas. EIN 48-6029925

3. The harm to be enjoined is threatened outside, without the State of Kansas.

4. Respondent resides in Shawnee County, and. Overland Park; a subdivision of the State of Kansas.

5. This Honorable Court has jurisdiction.

## FACTUAL ALLEGATIONS

6. Petitioner has first-hand knowledge that respondent Micheal Zevitz et al… has a well-formed plan to cause petitioner serious bodily harm.

7. Micheal Zevitz et al…recently threatened to foreclose on petitioner's private property.

8. The threatened harm would cause petitioner injuries for which a money judgment alone is insufficient.

9. The threat is imminent because Michael Zevitz et al… promised to foreclose on petitioners private property as soon as possible.

10. An action for money damages alone is insufficient to restore petitioner to his status quo ante, because the intent to deprive petitioners of their private property alone cannot restore petitioner's life, health, and the threat of imminent danger from Michael Zevitz et al…. enforcers.

11. The threatened harm to petitioner outweighs any substantial harm to Michael Zevitz et al.... who will suffer no harm whatsoever in being prevented from breaking into petitioners home by force or any means necessary.

12. No substantial public interest will be contravened by the injunction sought.

13. A substantial likelihood exists that complainants will prevail in this action, because facts obtained in a discovery will reveal that Micheal Zevitz et al has carried out similar threats and caused serious injuries to others.

14. Micheal Zevitz, Shari Ashner, William H, Meyer, Teresa Watson, and Mary Christopher have all shown they are not lawful and acting as privateers against our Constitutional rights as well as our Unalienable rights as Gods children. .

15. A temporary injunction is necessary to protect complainants from the threatened harm.

WHEREFORE petitioner moves this Honorable Court to enter an Order enjoining Michael Zevitz et al... or any assigns from approaching complainants property intellectual, as well as real property within 50 feet, together with such other and further relief as the circumstances and demands of justice may warrant.

UNDER PENALTIES OF PERJURY I affirm that the facts alleged in the foregoing are true and correct according to my own personal knowledge.

By: Annette Jeter - Sipple Estate Trust Beneficiary, Gary J, Sipple Estate Trust Beneficiary

Complainants