FILED

JUN 30 2023

Clerk, U.S. District Court
By: ________ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **In re: Annette - Jeter:Sipple,** | No. |
| **Gary - J : Sipple,** | HEARING DEMANDED |
| Real Party In Interst (jus Personarum) | Verified Motion in Opposition to Defendant's Motion to Dismiss |
| Living Woman/ Man; Plaintiff, | Case No. 23-4038-HLT-RES |
| ANNETTE JETER - SIPPLE | |
| GARY SIPPLE | |
| infant / minor | |
| v. | |
| Michael L. Zevitz, William H. Meyer, Cyndi Beck, et al.... | |
| Respondents | |

**Plaintiff's Opposition to STRIKE Attorney's Motion to Dismiss**

Plaintiff, Annette Jeter - Sipple, Gary Sipple natural living woman / man of majority status and not as incorrectly styled on your documents as "ANNETTE JETER SIPPLE, GARY SIPPLE , respectfully submits this opposition to all Defendants' Unauthorized Attorney's to strike the arguments and briefs proposed, absent affidavits, competent witness testimony, or admissible evidence entered into the court record to dismiss this case in summary judgment, and says in support:

1. This motion in opposition to Strike Unauthorized Attorney Motion to Dismiss is pursuant to Federal Rule 56(c)(2), (4) and Federal Rules of Civil Procedure (FRCP) 602.

2. The Unauthorized Attorney filed a motion to dismiss action, with sanctions.

3. The Rules of Procedure provide that a *party* may move for summary judgment, identifying each claim or defense on which summary judgment is sought.

4. The Unauthorized Attorney is not a competent witness and cannot submit admissible evidence.

5. Unauthorized Attorney, being an agent and not a competent witness, cannot show that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.

6. "Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss or summary judgment." Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647

7. Without a competent witness the arguments and briefs of counsel are not admissible evidence.

8. Without admissible evidence then the court has no facts before it upon which to render a summary judgment.

9. While the appropriate party to attest to the facts is the plaintiff himself or herself, statutes have sometimes expressly authorized affidavits for certain purposes to be made by agents or attorneys. Thus, where the principal is absent or ill, or for some other reason is unable to make an affidavit, an affidavit by his agent or attorney, who has knowledge of the facts, may be received, and it must rest upon his personal knowledge in an area in which he is competent to testify. However, an attorney's affidavit that is not based upon personal knowledge is without value.

10. Generally, the agent's personal knowledge of the facts sworn to will not be presumed, and, therefore, the means and sources of his information should be shown.[Columbia Screw Co. v. Warner Lock Co., 138 Cal. 445, 71 P. 498 (1903); Mintz v. Tri-County Natural Gas Co., 259 Pa. 477, 103 A. 285 (1918)]

11. Thus, an affidavit that does not positively and unequivocally represent the facts as disclosed in the affidavit to be true and within the affiant's personal knowledge is legally insufficient.[David McDavid Nissan, Inc. v.

Subaru of America, Inc., 10 S.W.3d 56 (Tex. App. Dallas 1999), review granted, (Dec. 7, 2000) and rev'd on other grounds, 44 Tex. Sup. Ct. J. 779, 2001 WL 578337 (Tex. 2001), reh'g granted, (Dec. 6, 2001)]

12. Opinions or beliefs of an expert based on his or her special training and experience do not meet the requirement of personal knowledge for a statute governing affidavits for summary judgment.[Read v. State Farm Fire & Cas. Ins. Co., 725 So. 2d 85 (La. Ct. App. 3d Cir. 1998)]

13. An affidavit that contains only legal conclusions is substantively deficient and, although formal deficiencies in an affidavit can be waived… substantive deficiencies cannot be waived. Elam v. Quest Chemical Corp., 884 S.W.2d 907 (Tex. App. Beaumont 1994), reh'g overruled, (Nov. 22, 1994) and judgment rev'd on other grounds, 898 S.W.2d 819 (Tex. 1995) and writ granted, (May 25, 1995).

## I. FEDERAL QUESTION, JUDICIAL REVIEW, STRICT SCRUTINY RULE

14. Plaintiff has, to the best of their ability, incorporated the well written complaint rule entering a complaint centered around Article III standing of; injury in fact, causation, and redressability.

15. The constitutional requisites, under Article III for the existence of standing, are that the plaintiff(s) must have personally: 1) suffered some actual or threatened injury; 2) that injury can fairly be traced to the challenged action of the defendant; and 3) that the injury is likely to be redressed by a favorable decision.

16. Plaintiffs' declaratory relief, strict scrutiny rule, and federal questions are issues of law that are clearly in controversy and can only be resolved by judicial declaration in an Article III Court.

    a. Art III.S2.C1.2.1 Rules of Justiciability and the Case or Controversy Requirement Article III, Section 2, Clause 1: The Judicial Power shall extend to all cases, in both Law and Equity, arising under this Constitution, the Laws of the United States, treaties made, or shall be made under their Authority; —

17. Plaintiff allege that all Defendants, whether directly or indirectly, violated constitutionally protected rights of the Plaintiffs that are secured by the First, Fourth, Fifth, and Fourteenth amendments to the Constitution of the United States, and the jurisdiction for the redressing of those grievances lies exclusively within the U.S. Federal District Court.

**II. Necessary and Proper**

18. Plaintiff's case should please the public, the Court and DEFENDANTS, for the Unauthorized Attorneys also notices and admits DEFENDANTS are wrong [refer to doc # Motion to Dismiss Introduction: Defendants refer to foreclosure proceedings to violate our Constitutionally protected rights ], yet he/she/they make(s) excuses as to why defendants are above the law, have the right to trick, mislead, coerce and harm, and should not be liable for acts of wrong.
19. It is necessary and proper to protect and secure the rights of Plaintiffs, the people, the court and Defendants that no man or woman is to interfere with my right to summon the Defendants into open court before a tribunal and require the Defendants to appear under oath or affirmation, and press their word upon the record as to what Defendants truly believe.

**VERIFICATION**

Pursuant to 28 U.S. Code § 1746(1): I, Annette Jeter - Sipple, Gary Sipple , declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 30th day of the June, 2023 of our Lord and Saviour, two thousand twenty-three A.D.

Plaintiffs says here, and will verify in open court, that all herein be true. UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are correct according to my own best firsthand knowledge. These words are true and faithful Revelation 21:5.

Annette Jeter Sipple beneficiary
Gary Sipple Benefice

By: Annette Jeter - Sipple, Estate Trust, Gary Sipple Estate Trust Plaintiff s

% P.O. Box 67711

near Topeka, without KANSAS state

[66667, not in FTZ]

**Certificate of Service**

I, Annette Jeter Sipple Gary Sipple certify that a copy of the foregoing was provided via regular mail to the below listed persons on the ______ day of June , 2023 of our Lord and Saviour, two thousand twenty-three A.D.

The ***Sipple Court*** presents

**Real Party**

Supplement to Verification

I, a woman, declare: a man/woman, **Jonathan Brzon** , claims to be counsel for **Cyndi Beck**, and he requests to dismiss my case;

The unsworn statements of counsel are not evidence, and opinions of counsel are not sufficient for purposes of granting a motion to dismiss. They do not allow the court "know" that this is what **Cyndi Beck** truly believe. The Court is to afford Cyndi Beck the right to appear in court, before the tribunal, and whilst under oath or affirmation, press her spoken word upon the record;

Court cannot take notice of **Jonathan** Brzon's argument and [she], **Cyndi Beck** is entitled to judgment as "matter of law";

Note: the granting of a [motion for] summary judgment is not favorable as [normally] a full trial is required as the trial settling affords the triers of fact the opportunity to observe the parties and their evidence;

We, say here, and will verify in open court, that all herein be true.

_______________ First Middle Last _______ Date

**NOTICE OF certificate of SERVICE:**

**Michael Zevitz**
**13160 Foster st STE 100**
**Overland Park, Ks 66213**

**Cyndi Beck** “. “:
**6546 SW 23rd Ct**
**Topeka, Ks 66614**

**Mary Ellen Christopher** “ “ :
**Division 8 - office 322**
**200 SE 7th St**
**Topeka, Ks 66603**

**Teresa Lynn Watson** “. “ :
**Division 3 - office 324**
**200 SE 7th St**
**Topeka, Ks 66603**

**Shari Ashner** “ “ :
**13160 Foster St STE 100**
**Overland Park, Ks 66213**

**William H, Meyer** “ “ :
**13160 Foster st STE 100**
**Overland Park, Kansas 66213**

The above parties have been duly served the following:
**NOTICE: VERIFIED PETITION FOR PERMANENT EMERGENCY INJUNCTION AND OPPOSITION TO STRIKE ATTORNEYS MOTION TO DISMISS**

and as of this day 29th, 30t, June 2023. I say here and will verify in open court that all herein be true.

Annetta [illegible] Sipple beneficiary
Gerry Sipple Beneficiary
**First Middle Last** DATE 6-30-2023
By: Complainants and Equitable Beneficial Entitlement Holders

The ***Sipple Court*** presents

**notice:**

denial of dismissal

i; a woman; First Middle Last; deny the right to dismiss the above styled claim from anyone who is **not**:

1. A man or woman with first hand knowledge of the facts of this claim;

***and***

2. A man or woman who verifies their evidence with full liability under oath or affirmation to a jury;

**OR**

3. A jury having heard all the law, facts and evidence of the case;

First Middle Last Date

Notice:
Delegation of Authority and Identity

i, woman / man; Annette Jeter - Sipple, Gary Sipple:

We is the only living breathing soul who has verified facts in the case and move for Judgment upon the Facts. The only thing that is considered is the facts of the case on the record. The men and women replying as "counsel" for the Respondent(s) has only been "enlightening" to the Court, but not sufficient to rise to the level of fact.

An attorney cannot admit evidence into the court. S/he is either an attorney or a witness.

[Cf. Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647, FRCP 602]

Men and women who claim to be acting in as an attorney; officer of the court; are required to file onto the record their delegation of authority, license to practice law and bonds related to this case 7 days prior to trial.
[Cf. Federal Rules of Evidence 602]

I require witnesses to file a verification of identity onto the record with full lability to their testimony and evidence.

[Maxims of law: Truth is Expressed in the Form of an Affidavit; An *Unrebutted Affidavit* stands as Truth in the Matter.]

I say here and will verify in open court all herein be true.

Annette Jeter Sipple beneficiary
Gary Sipple (date) 6-30-23

Annette Jeter -Sipple Estate Trust
Gary Sipple Estate Trust

The ***Sipple Court*** presents

notice: interference

I; woman; declare: any interference of, for, or with the enjoyment of my property [the exercise of right(s)], by any [wo]man employee of court will be held liable for damages due to injury and/or harm resulting from or arising from any tortuous act, error or omission of the [wo]man.

I will require $1.00 USD for every second of any trespass.

Annette fitr Sipple beneficiary
Sonny Sipple 6-30-23

Sign/Date

The ***Sipple Court*** presents Notice:

**Notice:**
**Definitions and Law of the Case**

The meaning of the words used within the context of this case, are decreed as follows, thusly; let it be said, let it be done, and none may add to, nor take away from, what is decreed and expressed herein which renders silent that which is implied, assumed, or presumed [Cf. Expressum facit cessare tacitum. That which is expressed makes that which is implied to cease. … Where a law sets down plainly its whole meaning the court is prevented from making it mean what the court pleases." Munro v. City of Albuquerque, 48 N.M. 306, 150 P.2d 733-4];

**Trespass:** To go or intrude (on the property, privacy, or preserves of another) with no right or permission. ***[cf. Robert's River Rides v. Steamboat Dev.*, 520 N.W.2d 294, 301 (Iowa 1994) "wrongful interference with one's possessory rights in [real] property"]**

**Claim (n):** a right to something; specifically **:**a title to a debt, privilege, or other thing in the possession of another.

**Debt Collector:** any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

> Where attorneys serve as "**debt collectors**," as that term is defined under the Fair Debt Collection Practices Act (FDCPA), for serving to collect debts on behalf of their clients, they can expose themselves to liability by failing to comport with the FDCPA's structures and obligations—including the obligation to provide to consumers certain notices of their rights. [Cf. 15 U.S. Code § 1692a (6)]

**2. Claimant (n):** one who demands anything as a right [1747].

**3. Loan (v)**: A loan is the act of giving money, property or other material goods to another party in exchange for future repayment of the principal amount along with interest or other finance charges.

**4. Contract (n)**: a legally binding or valid agreement between two parties. The law will consider a contract to be valid if the agreement contains all of the following elements:

1. offer and acceptance;
2. an intention between the parties to create binding relations;
3. consideration to be paid for the promise made;
4. legal capacity of the parties to act;
5. genuine consent of the parties; and
6. legality of the agreement.

An agreement that lacks one or more of the elements listed above is not a valid contract.

**5. Debt (n):** "any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment." [Cf. *15 U.S.C. §1692a(5)*]

6. **Consummation (n):** Consummation is the date that a consumer becomes contractually obligated to the creditor on the loan. Consummation is not the same closing or settlement. [Cf. TILA-RESPA RULE § 1026.2(a)(13)]

**7. Collateral** (n): A property or other asset that a borrower offers as a way for a lender to secure a loan.

**8. Person (n)**: The term "person" includes an individual, partnership, association, corporation, organization, or any other combination of individuals;

**Annette Jeter - Sipple, Gary Sipple** 30, June 2023

The ***Sipple Court*** presents Notice of court rules:

**VERIFICATIONS**

**Firstly:** i, a woman / man, declare and require all documents including recommendations and orders being placed into the case are to be verified in open court under oath or affirmation. All documents submitted without verification court will take notice as contempt of court and will be void. All documents filed through the Office of the court clerk must be time stamped. **Secondly:** I say here and will verify in open court that all here in be true.

**SIGNATURES**

**Firstly:** i, a woman/ man, declare and require all documents including recommendations and orders being placed into the case file to have a fixed upon it a wet ink (blue ink) signature of its creator (NO RUBBER STAMPS) on all documents submitted. Documents without wet ink (blue ink) signature the court will take notice as a contempt of court and will be void.

**COMPENSATION**

**Firstly:** i, a woman / man, declare that compensatory damages in the amount of $50,000,000.00 USD are due posthaste.

**Secondly:** the arrival of the sum for damages is based upon the belief that to charge by the rate of 10,900.00 United States Dollars per day of wrongdoing is fair and just.

**Fourthly:** to date approximately 350 days have passed. Since the commencement of the use of an instrument which prevents me from the enjoyment of my property physically.

I say here and will verify in open court that all herein be true.

**By:** Annette Jeter - Sipple, Gary Sipple 17, May 2023