IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ANNETTE JETER-SIPPLE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 23-4038-HLT-RES |
| MICHAEL L. ZEVITZ, et al., | ) |
| Defendants. | ) |

### DEFENDANTS ZEVITZ'S AND MEYER'S
### RESPONSE TO PLAINTIFFS' BILL OF COMPLAINT IN EQUITY

COMES NOW Defendants Michael Zevitz and William Meyer ("Defendant Lawyers") and, for their Response to Plaintiffs' Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction (Doc. 22) ("Bill of Complaint"), state:

1. Defendant Lawyers' Motion to Dismiss was filed on May 26, 2023, because Plaintiffs' Complaint unlawfully challenges a state court foreclosure judgment. (See Doc. 7).

2. Presumably triggered by the Motion to Dismiss, Plaintiffs have filed a flurry of sovereign citizen inspired documents, including: (1) Injunction Motion (Doc. 21), briefing stayed by Order (Doc. 24); Response to Motion to Dismiss (Doc. 23); Motion to Amend (Doc. 25), denied by Order (Doc. 26); and Bill of Complaint (Doc. 22).

3. Plaintiffs' Bill of Complaint is a perplexing document and it reads more like a sovereign citizen manifesto than a pleading, motion or other document appropriate for filing in a U.S. District Court. Other courts that have dealt with similarly entitled documents have looked upon them with disfavor.[1]

---

[1] For example, see *Iyeke v. Gardiner*, U.S.D.C.C.D. California, 2023 U.S. Dist. LEXIS 104527, *4 (Plaintiff's Response to the [order to show cause] is captioned "**Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction**." Dkt. No. 12. Plaintiff states that he is a "natural living man of majority status, standing and dominion" and is appearing specially and not generally and "only capacity of the Principal and Beneficial Equitable

4. To the extent that Plaintiffs' Bill of Complaint is intended to be an amended complaint, this document has been filed in violation of Local Rule 15.1 and it should be struck.

5. Documents similar to Plaintiffs' Bill of Complaint are available on the internet and even come with practice pointers:

> **COMMENT DELETE\*\*** – You can enter this into **any court matter ahead of an appearance** or with any party making claims against your estate/minor account. This replaces all previous status declarations etc. Is it simple and complete. Then when in court repeatedly say to the effect: *In order to proceed, I first require the court to recognize I am here in special appearance as the "beneficial equitable title holder" on matters involving of the Named trust in this matter? I also require this court take notice my Bill of Complaint in Equity, and notice that I appear only in the capacity of one who is at the Age of Majority. As such, I therefore direct you to fulfill your fiduciary duty to settle all accounts as trustee per the BILL OF COMPLAINT IN EQUITY I submitted, and recognize my right of subrogation on this matter.*
> (they may try to evade, demur (avoid) this so come back to it **3 times** if needed).
>
> CAUSE NO. _____  (**their case#)
>
> In the Interest of the Public                                                         **STAMP opt
> For the matter of
>
> • In re:                                                §
> Real Party in Interest (*jus personarum*)    §    Directly and/or indirectly associated with
>                                                         §    the property of a minor/infant
> **JOHN HENRY DOE**, infant/minor    §
>         PLAINTIFF                                  §
>                                                         §    **Expressing the Trust**
> V.                                                       §
> THE PEOPLE OF THE STATE OF    §
> **WIATUKKA**                                 §    **Special Deposit**
>         DEFENDANT                           §
>
> **BILL OF COMPLAINT IN EQUITY**
> **PRESENTMENT TO VOID PROCEEDINGS AND JURISDICTION**
>
> INTRODUCTION AND BACKGROUND with Memorandum of Law (Exhibit A)
>
> COMES NOW, **John Henry Doe**, a natural living **being of majority status** conducting the style condition of **The Principal and Beneficial Equitable Title Holder, and not an infant/minor**, hereinafter "Complainant". As such I am exercising as well as retaining and reserving all

See https://img1.wsimg.com/blobby/go/4e07c39c-473e-487a-be64 ec0319769436/downloads/1%20Express%20The%20Trust%20-%20Prior%20to%20Court%282%29.pdf?ver=1642562560802 and https://www.scribd.com/document/431682426/BILL-OF-COMPLAINT-pdf.

Even if well intentioned, such internet treasures are legal gibberish at best.

---

Title Holder." Dkt. No. 12 at 1. The 21-page document references minors, trusts, and jurisdiction of courts over the estates of infants. The thrust of Plaintiff's arguments is difficult to understand, but Plaintiff appears to contend that the Court has jurisdiction over the estate of minors through trust law. The Court finds Plaintiff's jurisdictional arguments to be unpersuasive and without merit."); *Bogard v. Falkenberg*, U.S.D.C.W.D.Texas, 2021 U.S. Dist. LEXIS 49898, *4 ("Plaintiffs filed a document on January 25, 2021, titled "**Bill of Complaint in Equity Presentment to Void Proceedings and Jurisdiction**" [#6]. The document is what appears to be a brief filed in a separate lawsuit and discusses a trust and the estate of a minor. The document does not answer any of the specified questions in the Court's Order for a more definite statement and does not appear to address the specific issues raised in this lawsuit."); *U.S. Bank Trust v. King,* U.S.D.C. Maine, 2020 U.S. Dist. LEXIS 6941, *1 FN1 *("King, representing himself, filed a document with* a heading of '**Bill of Complaint in Equity; Presentment to Void Proceedings and Jurisdiction**.' ECF No. 13. Magistrate Judge Rich construed this filing as a motion to dismiss and a counterclaim. ECF No. 16. To the extent King objects to this construction, I find his objection meritless.").

6. Plaintiffs' Bill of Complaint is replete with senseless ramblings about things such as: Plaintiffs not being minors (Doc. 22, p. 1, ¶ 1); "an express trust and the estate of an infant" (Doc. 22, p. 1, ¶ 5), the "court acts as an administrative venue because of the administration acts and the presidential proclamation 2038, 2039, and 2040…" (Doc. 22 at p. 2 ¶ 5); "[c]omplainant moves this court for damages in the amount as specified in the contract and the value of the full estate plus interest, for the court is under obligation in the exercise of its inherent equitable powers to do equity" (Doc. 22 at p. 10 ¶ 39); "[c]omplainants additionally moves for an injunction… [t]his action is for an attempted taking of trust property, theft of private information, and for solicitation against the complainants… where Respondents are not entitled to act against the trust… such actions are construed as intermeddling with the estate of the infant/minor…" Doc. 22 at 10-11 ¶ 40. Plaintiffs even go so far as to attach copies of their birth certificates to-- answering a question that no one asked. (Doc. 22-1 at p. 28 and 38).

7. Whatever Plaintiffs intended their Bill of Complaint to accomplish (and that is far from clear), their Bill of Complaint is crafted in a manner that fails to articulate any basis for the Court to exercise jurisdiction over this matter, it ignores *Iqbal*'s, *Twombly*'s and Rule 9's plausible pleading requirements, and it is an impermissible violation of the *Rooker-Feldman* and *Younger* doctrines that preclude federal courts from exercising jurisdiction over final state court judgments and ongoing proceedings. In short, the Court should reject Plaintiff's Bill of Complaint and their sovereign citizen pleading tactics.[2]

WHEREFORE Defendants Zevitz and Meyer respectfully request that:

- Plaintiff's Bill of Complaint be struck and/or denied;

---

[2] "Courts show no hesitation in rejecting as frivolous arguments based on the theory of sovereign citizenship." *Kamerann-Terrell v. Johnson Cnty. Sheriff Dep't*, Case No. 2:22-CV-02079-HLT, 2022 U.S. Dist. LEXIS 140849, *5.

- Defendants' obligation to respond to any other documents filed by the Plaintiffs in this case be stayed; and

- Such other relief as the Court deems just.

Respectfully submitted by,

SOUTHLAW, P.C.

/s/      *William H. Meyer*
William H. Meyer     KS 18142
13160 Foster Street, Suite 100
Overland Park, Kansas 662213
(913) 663-7639
William.Meyer@SouthLaw.com
Counsel for Defendants Zevitz and Meyer

### CERTIFICATE OF SERVICE

We certify that a copy of Defendants Response to Plaintiff's Bill of Complaint in Equity was served on those identified below by electronic mail (and as otherwise indicated below) on July 10, 2023:

Annette Jeter-Sipple and Gary Sipple
via email at sippnu@gmail.com
Plaintiffs

Annette Jeter-Sipple and Gary Sipple
2508 SW Stutley Ct
Topeka, KS 66614-4767
First Class U.S. Mail
Plaintiffs

Annette Jeter-Sipple and Gary Sipple
P.O. Box 67711
Topeka, KS 66667
First Class U.S. Mail
Plaintiffs

Annett Jeter-Sipple
2831 SW 31st Court, Apt. 206
Topeka, KS 66614
First Class U.S. Mail
Plaintiffs

Jonathan C. Brzon
Shawnee County Counselor's Office
707 SE Quincy Street, Room 310
Topeka, KS 66603
Jonathan.brzon@snco.us
Counsel for Defendant Cyndi Beck

Shon D. Qualseth
Milesha N. Segun
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Shon.qualseth@ag.ks.gov
Milesha.segun@ag.ks.gov
Counsel for Defendants
Judge Watson and Judge Christopher

/s/     *William H. Meyer*
William H. Meyer

5