IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED
JUL 17 2023
Clerk, U.S. District Court
By: _____ Deputy Clerk

In re: Annette - Jeter : Sipple,
    Gary - J : Sipple, living woman /
man Real party in Interest (jus Personarum)
    **Plaintiffs**

V.

CASE NO. 23-CV-04038-HLT-RES

Michael Zevitz et al…
    **Defendants**

## PLAINTIFFS MOTION TO STRIKE AND DISMISS

Plaintiffs, Annette - Jeter : Sipple, living woman, Gary - J : Sipple, living man respectfully requests that this Court Dismiss Defendants Motion to Dismiss filed the 26th day of June 2023. Pertaining to Plaintiffs complaint pursuant to Title 42 U.S.C. 1983, and in accordance with the federal rules of Civil Procedure Rule 3, Rule 8(a),(d),(1),(2), (e), Rule 9(c), Rule, 10(a)(b)(c), and Rule 11(a)(b), a memorandum in support is filed with this motion.

Respectfully submitted,

Annette Jeter Sipple,
Gary Sipple
Equitable Beneficial Entitlement Holders