IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

JUL 17 2023

Clerk, U.S. District Court
By: _N·Om̄_____ Deputy Clerk

| | |
|---|---|
| In re: Annette - Jeter : Sipple,<br><br>Gary - J : Sipple<br><br>Real Party in Interest (jus personarum), Living Woman / Man<br><br>Plaintiff,<br><br>v.<br><br>Michael Zevitz, et al…<br>(Professional and Private capacity) Defendants. | Case No. 23–CV-04038-HLT-RES<br><br>HEARING DEMANDED<br><br>Verified Motion in Opposition to Defendant's Motion to Dismiss |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS MOTION TO STRIKE ATTORNEYS MOTION TO DISMISS

In accordance with D. Kan Rule 7.1(a), Annette Jeter Sipple, Gary Sipple, respectfully submits this opposition to all Defendants' Unauthorized Attorney's to strike the argument to dismiss Defendants Motion to Dismiss. Under Fed. R. Civ. P 5.5, 28 U.S.C. 3002. Section (14), and (15) and respectfully request that this motion be granted and this action

### NATURE OF THE CASE

Defendants Shari Ashner, and William Meyer initiated a mortgage foreclosure lawsuit against Plaintiffs March 28th, 2022. Without Plaintiffs consent, without jurisdiction, and without Authority to do so. As stated in Plaintiffs original complaint. Plaintiffs removed state case to Federal Court which was remanded back to state court. This Lawsuit does not deal with that foreclosure. This lawsuit asserts claims of trespassing on private Estate Trust property. Cyndi Beck Clerk elected official created gsa bonds, bid bond, performance bond, and payment bond with Plaintiffs minor / infant status unknowingly,

to Plaintiffs. Southlaw P.C. LLC, and it's agents (Shari Ashner, William Meyer, Michael Zevitz) trespassed on Plaintiffs Estate, creating a resulting (RES) trust unknowingly to Plaintiffs establishing the minor / infant status ANNETTE JETER SIPPLE, as trustee of this resulting trust. Mary Christopher, Teresa Watson are complicit, accomplices based on the fact this was in their courtroom and these Defendants allowed an injustice.

## STATEMENT OF FACTS

1. March 28th, 2022 a complaint was filed against Plaintiffs in Shawnee County District Court by Shari Ashner, later William Meyer.

1. This motion in opposition to Strike Unauthorized Attorney's , Shari Ashner, William Meyer, Michael Zevitz, active bar members, Teresa Watson, and Mary Christophers Motion to Dismiss is pursuant to Federal Rule 56(c)(2), (4) and Federal Rules of Civil Procedure (FRCP) 602.

2. The Unauthorized Attorney's and Judges filed  motions to dismiss.

3. The Rules of Procedure provide that a *party* may move for Motion to dismiss identifying each claim or defense on which motion to dismiss is sought.

4. The Unauthorized Attorney's is  a party to the case.

5. The Unauthorized Attorney is not a competent witness and cannot submit admissible evidence.

6. Unauthorized Attorney, being an agent and not a competent witness, cannot show that there is no genuine dispute as to any material fact and the movant is entitled to  strike down  the motion  to dismiss as a matter of law.

7. "Statements of counsel in their briefs or argument while enlightening to the Court are not sufficient for purposes of granting a motion to dismiss ." Trinsey v Pagliaro, D.C.Pa. 1964, 229 F.Supp. 647

8. Without a competent witness the arguments and briefs of counsel are not admissible evidence.

9. Without admissible evidence then the court has no facts before it upon which to render a motion to dismiss.

10. Unauthorized Attorney ( Shari Ashner, William Meyer) relied on unauthenticated evidence submitted to Mary Christopher, Teresa Watson, creating a theft by deception scenario, as well as created the Resulting trust.

11. Unauthorized Attorneys defendants Shari Ashner, William Meyer, Michael Zevitz, active bar members Teresa Watson, and Mary Christopher have yet to show the bond or authority to administer Estate trust property, and create bonds. Plaintiffs consented to none of that, creating identity theft, invasion of privacy and intentional interference, all protected by Constitution, Treaty law, and Gods unalienable rights.

12. Thus, an affidavit that does not positively and unequivocally represent the facts as disclosed in the affidavit to be true and within the affiant's personal knowledge is legally insufficient.[David McDavid Nissan, Inc. v. Subaru of America, Inc., 10 S.W.3d 56 (Tex. App. Dallas 1999), review granted, (Dec. 7, 2000) and rev'd on other grounds, 44 Tex. Sup. Ct. J. 779, 2001 WL 578337 (Tex. 2001), reh'g granted, (Dec. 6, 2001)]

13. Defendants Shari Ashner, William Meyer, Dispatched one Brian Doles, to trespass on Plaintiffs private estate trust property. Again, knowingly, willingly, and intentionally, trespassing, invasion of privacy, intentional interference, and mail fraud pursuant to the Hobbs act.

14. Theft by deception, invasion of privacy, trespassing, intentional interference, with the ongoing threat of armed enforcement (Sheriffs), coming to intentionally kill, or maim Plaintiffs sent by agents not authorized to do so, you really believe that Plaintiffs would not have substantive health issues? Unauthorized attorney Milesha N Segun?

15. **It is a fact that NO Government official has** immunity from committing crimes against the People under color of law!  Government officials no longer enjoy absolute immunity from personal liability for all of their official acts. As the states have gradually withdrawn **SOVEREIGN** immunity of governmental units,

so too have Congress and the federal courts narrowed the immunity of individual officials. Stumpman v.

Sparkman, 435 U.S. 349, 98 S.Ct 1099, 1104, 55 L.Ed. 2d, 331 (1979). Imbler v. Pachman, 424 U.S. 409,

418, 96, S.Ct

The Defendants Motion to dismiss should be stricken because these attorney, judges lack authority, their

actions border on criminal activities, and defendants lacked jurisdiction, subject matter, territorial

jurisdiction, and lacked consent. Nothing concerning Plaintiffs was consensual. Defendants created a trust

breached the trust for financial gain, bonds were created for financial gain, Plaintiffs estate and trust was

trespassed on with impunity.

## ARGUMENTS AND AUTHORITIES

Federal Rules of Civil Procedure 5.5 Unauthorized practice of law (a) a lawyer shall not practice law in

a jurisdiction in violation of the regulation of the legal profession in that jurisdiction, or assist another in

doing so. Delegation of authority to act and speak on behalf of any party named in this case **[C.f. 22**

**U.S. Code § 612]. Trespass:** to go or intrude ( on the property, privacy, or preserves of another), with no

right or permission. **[C.f. Roberts River Rides v. Steamboat Dev., 520 N.W. 2d 294, 301 (Iowa 1994)**

**"wrongful interference with one's possessory rights in [real property"].** Where attorneys serve as debt

collectors, as defined under Fair Debt Collection Practices Act, they can expose themselves to liability by

failing to comport with the FDCPAs structures and obligations - including the obligation to provide to

consumers notices of their rights. **[C.f. 15 U.S. Code §1692a(6)].** An attorney cannot admit evidence into

the court S/he is either an attorney or witness **[C.f Trinsey v. Pagliaro D.C.P.a. 1964, 229 F,Supp.**

**647,FRCP 602].** Defendants allege 11th Amendment immunity, strike. The meaning of the 11th Amendment

to the U.S. Constitution is that it is the amendment that prevents Americans from bringing federal lawsuits against

the states. For example, the 11th Amendment establishes that federal courts do not have the jurisdiction to hear

lawsuits against the states. If an individual wants to sue the state he lives in, he must bring that suit in the District

Court of that state.  A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. "Davis v. Burris, 51 Ariz,220, 75 P.2d 689 (1938). **Zeller v. Rankin, 101 S.Ct 2020, 451, U.S. 939, 68 L.Ed 2d 326.  Ohio Rule 15) "United States" means— (A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States 28 U.S.C 3002.** Kansas  EIN  48-1124839. That's a corporation. A corporation can neither practice law nor hire lawyers to carry on the business of practicing law for it. (**People v. California Protective Corp'n, 76 Cal. App. 354, 244 PAC. 1089).  Land Title Abstract Trust v. Dworken (1934), 129 Ohio St. 23, 1 0.0. 313, 193 N.E. 650, paragraph one of the syllabus. Thus to the extent that R.C. 1923.01(C)(2) and 5321.01(B), purport to enlarge the class of persons who may legitimately engage in conduct defined as the practice of law, we must strike these statutes as unconstitutional. Cleveland Bar Assn v. Picklo 96 Ohio St. 3d 195, 197 (Ohio 2002). Title 8 U.S.C. 1481 states: once an oath of office is taken citizenship is relinquished, thus you become a foreign entity, agency, or state. Every public official is a foreign state, including all political subdivisions (i.e. every single court and that courts personnel is considered a separate foreign entity). Title 22 U.S.C. Chapter 11 solidifies the law. Federal Rules of Civil Procedure 4 states that the court jurisdiction and immunity fall under a foreign state. Title 28 U.S.C. 1602- 1611 Foreign Sovereign Immunities Act allows the jurisdiction of a court to be challenged.** All judicial power of the inferior courts comes from the Judiciary Act of 1789 Article 3 section 2 of the Constitution. The 11th Amendment removed all judicial power in law, equity, treaties, contract law, and the right of a state to bring suit against the people. Any prosecution done in law, equity, contract law, treaties or claims by the State against the people now constitutes Putative Fraud and Dishonest Service due to the salary contract that the public official has with the people his or her duties. Plaintiffs now place a 14th Amendment, Section 4 bounty against Defendants and against the public debt and demands $150 million dollars for any such contractual violations against the public debt. The Plaintiffs will remind "hearing officer of a sanction for such violation under administrative Procedure,

Title 5, U.S.C., section 551 which includes repaying the public debt under 14th Amendment bounty by removal from office defendants and other parties involved, loss of benefits, loss of performance bonds and any other bond to that position to pay the public debt, as well as paying back all wages collected when carrying out judicial fraud, and "LOSS" of the defendants property, such as homes, vehicles, bank accounts, stock shares in all court cases due to illegal gain of such items by way of fraud perpetrated on the Plaintiffs. As a minor / infant there was a trust created and administered without Plaintiffs consent as well. See doc 1. But as a minor / infant status the attorney (defendants, Shari Ashner, William Meyer, and Michael Zevitz), administrative duties were to make sure the wards, or minor / infants were the beneficiaries of this resulting trust as explain in Plaintiffs Bill of Complaint in Equity and Jurisdiction, which results in a breach of trust duties. If the subject of trust is indefinite no trust exists Roth v. Schroeter, 129 S.W. 203 ( Civ App 1910 writ of error refused). Jurisdiction was NEVER established in state court per the Supreme Court Jurisdiction MUST be established and can be challenged 15 years after a judgement has been entered. Melo v. U.S, 505 F2d 1026,  Joyce v. U.S 474 F2d 215. Judgement rendered by a court which did not have jurisdiction is void ab initio. **In Re Application of Wyatt, 300 P. 132;  Re Cavitt, 118 P2d 846**

### RELIEF  SOUGHT

1.  It is a fact that Defendants Motion to Dismiss filed pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) failed to state any legal deficiencies within the four corners of Plaintiffs civil rights complaint.

2.  The Defendants and their attorneys have all taken an oath to protect the people's rights and the Constitution, appear unable to analyze and comprehend what they're reading, and therefore **believe that the taking of a man's money, home, property under color of law is frivolous and not a claim upon which relief can be granted, demonstrating a lack of understanding of interpretation to apply the law, equity, and the Constitution.**

3. **Defendants purported "Motion to Dismiss"** is immaterial, redundant, impertinent, unfounded, and nothing more than regurgitated propaganda unsupported nor based in positive law. **Further, the Constitution doesn't immunize public servants / agents from committing crimes against the people of Kansas.**

4. Plaintiffs submitted P.O. Box 67711 as mailing address seems Defendants  sends to (3), different addresses that's no good and has been reported to the Postmaster general. P.O. Box 67711 Topeka, Kansas [66667], is Plaintiffs lawful address anything else is mail fraud, Hobbs Act.

   Wherefore, Annette Jeter Sipple living woman of majority status, Gary Sipple living man of majority status Demands that this Court ORDER immediate dismissal / strike of  Defendants purported Motion to Dismiss as failure to state any clarification of the issues complained of  in Plaintiffs complaint, show Defendants **AUTHORITY,** to interfere, theft by deception, administer a minor / infant, and / or irrevocable trust, invade one's unalienable right to privacy, steals one's identity and social security number, and utilize an unauthenticated document to do so, where the law states that's a nullity.

   Therefore, it is a fact that Defendants actions are occurring "under color of law" and their actions **are a deprivation of Plaintiffs Constitutional rights and Federal statutory rights. Plaintiffs request this Court ORDER Defendants to answer Plaintiffs complaint pursuant to the Fed. R. Civ. P. 8(b), and rule 12(3) based in law and supported by substantial competent evidence of their defense.**

### I. FEDERAL QUESTION, JUDICIAL REVIEW, STRICT SCRUTINY RULE

5. Plaintiff has, to the best of her ability, incorporated the well written complaint rule entering a complaint centered around Article III standing of; injury in fact, causation, and redressability.

6.  The constitutional requisites, under Article III for the existence of standing, are that the plaintiff(s) must have personally: 1) suffered some actual or threatened injury; 2) that injury can fairly be traced to the challenged action of the defendant; and 3) that the injury is likely to be redressed by a favorable decision.

7.  Plaintiffs' declaratory relief, strict scrutiny rule, and federal questions are issues of law that are clearly in controversy and can only be resolved by judicial declaration in an Article III Court.

    a.  Art III.S2.C1.2.1 Rules of Justiciability and the Case or Controversy Requirement Article III, Section 2, Clause 1: The Judicial Power shall extend to all cases, in both Law and Equity, arising under this Constitution, the Laws of the United States, treaties made, or shall be made under their Authority; —

8.  Plaintiff allege that all Defendants, whether directly or indirectly, violated constitutionally protected rights of the Plaintiffs that are secured by the First, Fourth, Fifth, and Fourteenth amendments to the Constitution of the United States, and the jurisdiction for the redressing of those grievances lies exclusively within the U.S. Federal District Court

## VERIFICATION

Pursuant to 28 U.S. Code § 1746(1): I, Annette Jeter Sipple, Gary Sipple, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ day of the _____ month, year of our Lord and Saviour, two thousand twenty-three A.D.

Plaintiff says here, and will verify in open court, that all herein be true. UNDER THE LAWS OF GOD, I affirm that the facts alleged in the foregoing are correct according to my own best firsthand knowledge. These words are true and faithful Revelation 21:5.

By: Annette Jeter Sipple,

Gary Sipple,  equitable beneficial entitlement holders

‰ P.O. Box 67711

near Topeka, without Kansas state

[66667]

Enclosures: Exhibit 1

## Certificate of Service

I, _____ certify that a copy of the foregoing was provided via regular mail to the

below listed persons on the 17th day of July, year of our Lord and Saviour, two thousand twenty-three A.D.

Document

1

⭐  🔒          prodportal.kscourts.org          ↻

☰   Public Portal Access Civil: 2022-CV-000201          🖨  ⬜

## Case Summary

### Case No. 2022-CV-000201

MidFirst Bank c/o Midland Mortgage vs.      § Location
Annette E Jeter Sipple, et al.              §   Shawnee County
                                            § Judicial Officer
                                            §   Watson, Teresa L
                                            § Filed on
                                            §   03/28/2022

## Case Information

Case Type:  CV Mortgage Foreclosure
Case Status:  **01/19/2023  Disposed**

**Statistical Closures**
01/12/2023  Settled With Judical Conf or Hearing

## Party Information

| Plaintiff | MidFirst Bank c/o Midland Mortgage | Ashner, Shari Beth *Retained* |
| | | Meyer, William H. *Retained* |

**Defendant**   **Annette Evon Jeter Trust, a Charitable Trust**

**Jeter Sipple, Annette E**

**Jeter Sipple, as Trustee of the Annette Evon Trust, Annette Evon**

**Sipple, Gary J**

**State of Kansas Department of Children & Families**
*Formerly Known As* Department of Social and Rehabilitation Services

## Dispositions

01/12/2023
   **Settled w/Judicial Conf or Hearing**

## Case Events

      

|||          ◠          ‹



2508 Sw Stutley Ct Topeka K...
https://www.taxliens.com/address/2508-S

# Property Information

| | |
|---|---|
| Bedrooms: | 4 |
| Bathrooms: | 3 |
| Living Area Size: | 1,825 |
| Year Built: | 1992 |
| Day(s) On Site: | 3 |
| Subdivision: | WEST INDIAN HILLS 02 |
| Case Number: | 2022 |
| Trustee Name: | South Law & Associates |
| Trustee Phone: | (913) 663-7600 |
| Deed Category: | NTS |

# Public Records

| | |
|---|---|
| Bedrooms: | 4 |
| Baths: | 3 |
| Full Baths: | 3 |
| Rooms: | 7 |
| No. of Stories: | 1 |
| Basement Sqft: | 600 |
| Parking: | ON & OFF STREET |
| Parking Sqft: | 440 |