ELECTRONICALLY FILED
2023 Jul 06 AM 9:38
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000201
PII COMPLIANT



**Court:** Shawnee County District Court

**Case Number:** 2022-CV-000201

**Case Title:** MidFirst Bank c/o Midland Mortgage vs. Annette E Jeter Sipple, et al.

**Type:** order

SO ORDERED.

/s/ Honorable Teresa L Watson, District Court Judge

Electronically signed on 2023-07-06 09:38:43    page 1 of 3



EXHIBIT A

**IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS**
**DIVISION THREE**

MIDFIRST BANK C/O MIDLAND
MORTGAGE,

                Plaintiff

                                          Case No. 2022-CV-201

vs.

ANNETTE E. JETER SIPPLE, et al.,

                Defendants

### ORDER

This is a mortgage foreclosure action. A Journal Entry of Judgment of Foreclosure was filed on January 12, 2023. The Court has considered the following motions filed by Defendants, and responses, if any, by Plaintiff: the Motion to Dismiss filed June 21, 2023; 2) Bill of Complaint in Equity filed June 21, 2023; 3) Petition for Temporary Injunction filed June 30, 2023; and 4) Objection and Motion to Strike Summary Judgment and Court's Order to Foreclose filed June 30, 2023. These motions are without merit and are denied.

Defendants have filed numerous meritless motions in this case. Going forward, the Court directs that Plaintiff need not respond to a motion or other filing from Defendants unless it chooses to do so or is ordered to do so by the Court.

This order is effective on the date and time shown on the electronic file stamp.

IT IS SO ORDERED.

                                      HON. TERESA L. WATSON
                                      DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was filed electronically providing notice to counsel of record, and placed in the U.S. mail to:

Annette E. Jeter Sipple
PO Box 67711
Topeka, KS. 66667
*Defendant*

Gary J. Sipple
PO Box 67711
Topeka, KS. 66667
*Defendant*

                                      /s Angela Cox
                                      Administrative Assistant