IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GARY SIPPLE, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case. No. 23-cv-04038-HLT-RES |
| | ) |
| MICHAEL ZEVITZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT STATE JUDGES' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE THE MOTION TO DISMISS

Defendants Hon. Teresa L. Watson and Hon. Mary Christopher ("Defendant State Judges") respond to Plaintiffs' ("The Sipples") Motion to Strike Defendant State Judges' Motion to Dismiss (Doc. 30) and Memorandum in Support (Doc. 31). Defendant State Judges hereby join in and agree with Defendants' (Michael Zevitz and William Meyer) response to The Sipples' motion to strike (Doc. 32), and incorporate Doc. 32 by reference herein.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Milesha N. Segun*
Milesha N. Segun, KS No. 28290
Assistant Attorney General
Shon D. Qualseth, KS S Ct. #18369
First Asst. Attorney General/Sr. Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
shon.qualseth@ag.ks.gov
milesha.segun@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for the Defendant State Judges*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of July, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    William H. Meyer
    SouthLaw, PC – OP
    13160 Foster, Suite 100
    Overland Park, KS 66213
    william.meyer@southlaw.com
    *Attorney for Defendants Zevitz and Meyer*

    Jonathan C. Brzon
    Shawnee County Counselor's Office
    707 SE Quincy Street, Room 310
    Topeka, KS 66603
    jonathan.brzon@snco.us
    *Attorney for Defendant Beck*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    Annette Jeter – Sipple
    2508 SW Stutley Ct.
    Topeka, KS 66614-4767
    First Class U.S. Mail
    *Plaintiff, pro se*

    Gary Sipple
    P.O. Box 67711
    Topeka, KS 6667
    First Class U.S. Mail
    *Plaintiff, pro se*

    */s/ Milesha N. Segun*
    Milesha N. Segun
    Assistant Attorney General